# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.,<br><br>           Plaintiff,<br> vs.<br><br>PIZZA HUT, INC.; PIZZA HUT OF AMERICA, INC.; DOMINO'S PIZZA, LLC; DOMINO'S PIZZA, INC.; PAPA JOHN'S USA, INC.; OPENTABLE, INC.; GRUBHUB, INC.; NETWAITER, LLC; LAUGHSTUB LLC,<br><br>           Defendant. | CASE NO. 11-CV-1810 JLS (NLS)<br><br>**ORDER: GRANTING JOINT MOTION TO EXTEND TIME DEFENDANT LAUGHSTUB LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(ECF No. 20) |

  Presently before the Court is Plaintiff and Defendant LaughStub LLC's joint motion to extend time for LaughStub to respond to Plaintiff's complaint. (ECF No. 20.) Good cause appearing, the joint motion is **GRANTED**. LaughStub's response to Plaintiff's complaint is **DUE BY** October 3, 2011.

  **IT IS SO ORDERED.**

DATED: September 6, 2011

                     *Janis L. Sammartino*
                     Honorable Janis L. Sammartino
                     United States District Judge