**MAZZARELLA ■ CALDARELLI LLP**
William J. Caldarelli (SBN #149573)
Michael D. Fabiano (SBN #167058)
550 West C Street, Suite 700
San Diego, CA 92101
Tel: (619) 238-4900
Fax: (619) 238-4959
wjc@mazzcal.com
mfabiano@mazzcal.com

Attorneys for Plaintiff Ameranth, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>PIZZA HUT, INC., PIZZA HUT OF AMERICA, INC., DOMINO'S PIZZA, LLC, DOMINO'S PIZZA, INC., PAPA JOHN'S USA, INC., OPENTABLE, INC., GRUBHUB, INC., NETWAITER, LLC, TICKETMOB, LLC, EXIT 41, LLC, QUIKORDER, INC., SEAMLESS NORTH AMERICA, LLC, and O-WEB TECHNOLOGIES LTD.,<br><br>                    Defendants. | Civil Action No.: 3:11-cv-01810-JLS-NLS<br><br>**REQUEST FOR VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST NETWAITER, LLC DEFENDANT ONLY [FRCP 41(a)(2)]**<br><br>**JURY TRIAL DEMANDED** |

/ / /

/ / /

/ / /

In light of a settlement agreement entered into by and between plaintiff AMERANTH, INC. ("Ameranth"), on one hand, and defendant NetWaiter, LLC ("NetWaiter"), only, and not with any other defendants, Ameranth, pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that the Court dismiss the action against NetWaiter, only, with prejudice, with each side bearing their own fees and costs incurred as to each other. The action shall continue against all other defendants.

Dated: October 3, 2011

Respectfully submitted,

MAZZARELLA CALDARELLI LLP

By: /s/ *William J. Caldarelli*
    William J. Caldarelli

**Attorneys for Ameranth, Inc.**