# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br> vs. <br><br> PIZZA HUT, INC.; PIZZA HUT OF AMERICA, INC.; DOMINO'S PIZZA, LLC; DOMINO'S PIZZA, INC.; PAPA JOHN'S USA, INC.; OPENTABLE, INC.; GRUBHUB, INC.; TICKETMOB, LLC; EXIT 41, LLC; QUIKORDER, INC.; SEAMLESS NORTH AMERICA, LLC; O-WEB TECHNOLOGIES LTD, <br><br> Defendants. | CASE NO. 11-CV-1810 JLS (NLS) <br><br> **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL** <br><br> (ECF No. 175) |

Presently before the Court is Plaintiff's request for voluntary dismissal with prejudice of Defendant TicketMob only. (ECF No. 175.) Pursuant to Federal Rule of Civil Procedure 41(a), absent a stipulation of dismissal signed by all parties who have appeared, at this stage Plaintiff's claims may be dismissed against Defendant TicketMob at Plaintiff's request only "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Having satisfied that requirement, this case is **DISMISSED WITH PREJUDICE** as to Defendant TicketMob only. Plaintiff and Defendant

1  TicketMob shall bear their own costs and fees incurred in connection with this matter against each
2  other.  This action shall continue against all remaining defendants.
3      **IT IS SO ORDERED**.

5  DATED: May 25, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge