1    LATHAM & WATKINS LLP
         Mark A. Flagel (Bar No. 110635)
2    355 South Grand Avenue
     Los Angeles, CA  90071
3    Telephone:  (213) 485-1234
     Facsimile:   (213) 891-8763
4    mark.flagel@lw.com

5    LATHAM & WATKINS LLP
         James L. Day (Bar No. 197158)
6        Ryan B. Erickson (Bar No. 268239)
     505 Montgomery Street; Suite 2000
7    San Francisco, CA  94111
     Telephone:  (415) 391-0600
8    Facsimile:   (415) 395-8095
     jim.day@lw.com
9    ryan.erickson@lw.com

10   Attorneys for Defendant
     OPENTABLE, INC.

11

12                    UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

14

15   AMERANTH, INC.,                    CASE NO. 3:11-CV-1810-JLS (NLS)

16                  Plaintiff,          **DEFENDANT OPENTABLE, INC.'S**
                                        **FIRST AMENDED ANSWER TO**
17          v.                          **SECOND AMENDED COMPLAINT AND**
                                        **COUNTERCLAIMS**
18   PIZZA HUT, INC., et al.,
                     Defendants.
19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1   Defendant OpenTable, Inc. ("OpenTable") answers the Second Amended Complaint for

2   Patent Infringement filed by plaintiff Ameranth, Inc. ("Ameranth") and asserts counterclaims as

3   follows:

4   **PARTIES**

5   1.      OpenTable is without knowledge or information sufficient to form a belief as to

6   the truth of the allegations contained in Paragraph 1 and on that basis denies such allegations.

7   2.      OpenTable is without knowledge or information sufficient to form a belief as to

8   the truth of the allegations contained in Paragraph 2 and on that basis denies such allegations.

9   3.      OpenTable is without knowledge or information sufficient to form a belief as to

10  the truth of the allegations contained in Paragraph 3 and on that basis denies such allegations.

11  4.      OpenTable is without knowledge or information sufficient to form a belief as to

12  the truth of the allegations contained in Paragraph 4 and on that basis denies such allegations.

13  5.      OpenTable admits that it is a Delaware corporation having a principal place of

14  business in San Francisco, California, and that it offers for sale or license products and services

15  in this judicial district.  Except as expressly admitted, OpenTable denies the allegations of

16  Paragraph 5.

17  6.      OpenTable is without knowledge or information sufficient to form a belief as to

18  the truth of the allegations contained in Paragraph 6 and on that basis denies such allegations.

19  7.      OpenTable is without knowledge or information sufficient to form a belief as to

20  the truth of the allegations contained in Paragraph 7 and on that basis denies such allegations.

21  8.      OpenTable is without knowledge or information sufficient to form a belief as to

22  the truth of the allegations contained in Paragraph 8 and on that basis denies such allegations.

23  9.      OpenTable is without knowledge or information sufficient to form a belief as to

24  the truth of the allegations contained in Paragraph 9 and on that basis denies such allegations.

25  10.     OpenTable is without knowledge or information sufficient to form a belief as to

26  the truth of the allegations contained in Paragraph 10 and on that basis denies such allegations.

27  11.     OpenTable is without knowledge or information sufficient to form a belief as to

28  the truth of the allegations contained in Paragraph 11 and on that basis denies such allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

**JURISDICTION AND VENUE**

12. OpenTable admits that the Second Amended Complaint for Patent Infringement purports to state an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 271, 281-285. Except as expressly admitted, OpenTable denies the allegations of Paragraph 12.

13. OpenTable admits the allegations of Paragraph 13.

14. OpenTable admits that it has offered for sale or license its products and services in this judicial district. Except as expressly admitted, OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and on that basis denies such allegations.

15. OpenTable admits that the Court has personal jurisdiction over it. Except as expressly admitted, OpenTable denies the allegations of Paragraph 15.

16. OpenTable admits that venue in this judicial district is proper as to OpenTable. Except as expressly admitted, OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis denies such allegations.

**BACKGROUND**

17. OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and on that basis denies such allegations.

18. OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and on that basis denies such allegations.

19. OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and on that basis denies such allegations.

20. OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and on that basis denies such allegations.

**COUNT I**

21. No response is required.

22. OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1    the truth of the allegations contained in Paragraph 22 and on that basis denies such allegations.

2         23.      OpenTable is without knowledge or information sufficient to form a belief as to

3    the truth of the allegations contained in Paragraph 23 and on that basis denies such allegations.

4         24.      OpenTable is without knowledge or information sufficient to form a belief as to

5    the truth of the allegations contained in Paragraph 24 and on that basis denies such allegations.

6         25.      OpenTable is without knowledge or information sufficient to form a belief as to

7    the truth of the allegations contained in Paragraph 25 and on that basis denies such allegations.

8         26.      OpenTable is without knowledge or information sufficient to form a belief as to

9    the truth of the allegations contained in Paragraph 26 and on that basis denies such allegations.

10        27.      OpenTable is without knowledge or information sufficient to form a belief as to

11   the truth of the allegations contained in Paragraph 27 and on that basis denies such allegations.

12        28.      OpenTable is without knowledge or information sufficient to form a belief as to

13   the truth of the allegations contained in Paragraph 28 and on that basis denies such allegations.

14        29.      OpenTable is without knowledge or information sufficient to form a belief as to

15   the truth of the allegations contained in Paragraph 29 and on that basis denies such allegations.

16        30.      OpenTable is without knowledge or information sufficient to form a belief as to

17   the truth of the allegations contained in Paragraph 30 and on that basis denies such allegations.

18        31.      OpenTable is without knowledge or information sufficient to form a belief as to

19   the truth of the allegations contained in Paragraph 31 and on that basis denies such allegations.

20        32.      OpenTable is without knowledge or information sufficient to form a belief as to

21   the truth of the allegations contained in Paragraph 32 and on that basis denies such allegations.

22        33.      OpenTable is without knowledge or information sufficient to form a belief as to

23   the truth of the allegations contained in Paragraph 33 and on that basis denies such allegations.

24        34.      OpenTable is without knowledge or information sufficient to form a belief as to

25   the truth of the allegations contained in Paragraph 34 and on that basis denies such allegations.

26        35.      OpenTable is without knowledge or information sufficient to form a belief as to

27   the truth of the allegations contained in Paragraph 35 and on that basis denies such allegations.

28        36.      OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1  the truth of the allegations contained in Paragraph 36 and on that basis denies such allegations.

2  37.   OpenTable is without knowledge or information sufficient to form a belief as to

3  the truth of the allegations contained in Paragraph 37 and on that basis denies such allegations.

4  38.   OpenTable is without knowledge or information sufficient to form a belief as to

5  the truth of the allegations contained in Paragraph 38 and on that basis denies such allegations.

6  39.   OpenTable is without knowledge or information sufficient to form a belief as to

7  the truth of the allegations contained in Paragraph 39 and on that basis denies such allegations.

8  40.   OpenTable is without knowledge or information sufficient to form a belief as to

9  the truth of the allegations contained in Paragraph 40 and on that basis denies such allegations.

10  41.   OpenTable is without knowledge or information sufficient to form a belief as to

11  the truth of the allegations contained in Paragraph 41 and on that basis denies such allegations.

12  42.   OpenTable is without knowledge or information sufficient to form a belief as to

13  the truth of the allegations contained in Paragraph 42 and on that basis denies such allegations.

14  43.   OpenTable is without knowledge or information sufficient to form a belief as to

15  the truth of the allegations contained in Paragraph 43 and on that basis denies such allegations.

16  44.   OpenTable is without knowledge or information sufficient to form a belief as to

17  the truth of the allegations contained in Paragraph 44 and on that basis denies such allegations.

18  45.   OpenTable is without knowledge or information sufficient to form a belief as to

19  the truth of the allegations contained in Paragraph 45 and on that basis denies such allegations.

20  46.   OpenTable is without knowledge or information sufficient to form a belief as to

21  the truth of the allegations contained in Paragraph 46 and on that basis denies such allegations.

22  47.   OpenTable is without knowledge or information sufficient to form a belief as to

23  the truth of the allegations contained in Paragraph 47 and on that basis denies such allegations.

24  48.   OpenTable is without knowledge or information sufficient to form a belief as to

25  the truth of the allegations contained in Paragraph 48 and on that basis denies such allegations.

26  49.   OpenTable is without knowledge or information sufficient to form a belief as to

27  the truth of the allegations contained in Paragraph 49 and on that basis denies such allegations.

28  50.   OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1  the truth of the allegations contained in Paragraph 50 and on that basis denies such allegations.

2       51.    OpenTable is without knowledge or information sufficient to form a belief as to

3  the truth of the allegations contained in Paragraph 51 and on that basis denies such allegations.

4       52.    OpenTable is without knowledge or information sufficient to form a belief as to

5  the truth of the allegations contained in Paragraph 52 and on that basis denies such allegations.

6       53.    OpenTable is without knowledge or information sufficient to form a belief as to

7  the truth of the allegations contained in Paragraph 53 and on that basis denies such allegations.

8       54.    OpenTable is without knowledge or information sufficient to form a belief as to

9  the truth of the allegations contained in Paragraph 54 and on that basis denies such allegations.

10       55.    OpenTable is without knowledge or information sufficient to form a belief as to

11  the truth of the allegations contained in Paragraph 55 and on that basis denies such allegations.

12       56.    OpenTable is without knowledge or information sufficient to form a belief as to

13  the truth of the allegations contained in Paragraph 56 and on that basis denies such allegations.

14       57.    OpenTable denies the allegations of Paragraph 57.

15       58.    OpenTable denies the allegations of Paragraph 58.

16       59.    OpenTable denies the allegations of Paragraph 59.

17       60.    OpenTable denies the allegations of Paragraph 60.

18       61.    OpenTable denies the allegations of Paragraph 61.

19       62.    OpenTable admits that it had knowledge of U.S. Patent No. 6,384,850 (the " '850

20  Patent") by no later than the date it was first served with the complaint in this action.  Except as

21  expressly admitted, OpenTable denies the allegations of Paragraph 62.

22       63.    OpenTable denies the allegations of Paragraph 63.

23       64.    OpenTable admits that it provides instruction and direction regarding the use of

24  its products and services and that it advertises and promotes the use of its products and services.

25  Except as expressly admitted, OpenTable denies the allegations of Paragraph 64.

26       65.    OpenTable admits that it had knowledge of the '850 Patent by no later than the

27  date it was first served with the complaint in this action.  Except as expressly admitted,

28  OpenTable denies the allegations of Paragraph 65.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

66.     OpenTable denies the allegations of Paragraph 66.

67.     OpenTable denies the allegations of Paragraph 67.

68.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis denies such allegations.

69.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis denies such allegations.

70.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis denies such allegations.

71.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis denies such allegations.

72.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis denies such allegations.

73.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis denies such allegations.

74.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis denies such allegations.

75.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis denies such allegations.

76.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis denies such allegations.

77.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis denies such allegations.

78.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis denies such allegations.

79.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis denies such allegations.

80.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis denies such allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1    81.    OpenTable is without knowledge or information sufficient to form a belief as to

2 the truth of the allegations contained in Paragraph 81 and on that basis denies such allegations.

3    82.    OpenTable is without knowledge or information sufficient to form a belief as to

4 the truth of the allegations contained in Paragraph 82 and on that basis denies such allegations.

5    83.    OpenTable is without knowledge or information sufficient to form a belief as to

6 the truth of the allegations contained in Paragraph 83 and on that basis denies such allegations.

7    84.    OpenTable is without knowledge or information sufficient to form a belief as to

8 the truth of the allegations contained in Paragraph 84 and on that basis denies such allegations.

9    85.    OpenTable is without knowledge or information sufficient to form a belief as to

10 the truth of the allegations contained in Paragraph 85 and on that basis denies such allegations.

11    86.    OpenTable is without knowledge or information sufficient to form a belief as to

12 the truth of the allegations contained in Paragraph 86 and on that basis denies such allegations.

13    87.    OpenTable is without knowledge or information sufficient to form a belief as to

14 the truth of the allegations contained in Paragraph 87 and on that basis denies such allegations.

15    88.    OpenTable is without knowledge or information sufficient to form a belief as to

16 the truth of the allegations contained in Paragraph 88 and on that basis denies such allegations.

17    89.    OpenTable is without knowledge or information sufficient to form a belief as to

18 the truth of the allegations contained in Paragraph 89 and on that basis denies such allegations.

19    90.    OpenTable is without knowledge or information sufficient to form a belief as to

20 the truth of the allegations contained in Paragraph 90 and on that basis denies such allegations.

21    91.    OpenTable is without knowledge or information sufficient to form a belief as to

22 the truth of the allegations contained in Paragraph 91 and on that basis denies such allegations.

23    92.    OpenTable is without knowledge or information sufficient to form a belief as to

24 the truth of the allegations contained in Paragraph 92 and on that basis denies such allegations.

25    93.    OpenTable is without knowledge or information sufficient to form a belief as to

26 the truth of the allegations contained in Paragraph 93 and on that basis denies such allegations.

27    94.    OpenTable is without knowledge or information sufficient to form a belief as to

28 the truth of the allegations contained in Paragraph 94 and on that basis denies such allegations.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

95.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and on that basis denies such allegations.

96.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis denies such allegations.

97.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis denies such allegations.

98.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis denies such allegations.

99.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and on that basis denies such allegations.

100.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and on that basis denies such allegations.

101.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and on that basis denies such allegations.

102.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and on that basis denies such allegations.

103.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and on that basis denies such allegations.

104.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and on that basis denies such allegations.

105.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and on that basis denies such allegations.

106.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis denies such allegations.

107.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and on that basis denies such allegations.

108.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and on that basis denies such allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1   109.    OpenTable is without knowledge or information sufficient to form a belief as to

2   the truth of the allegations contained in Paragraph 109 and on that basis denies such allegations.

3   110.    OpenTable is without knowledge or information sufficient to form a belief as to

4   the truth of the allegations contained in Paragraph 110 and on that basis denies such allegations.

5   111.    OpenTable is without knowledge or information sufficient to form a belief as to

6   the truth of the allegations contained in Paragraph 111 and on that basis denies such allegations.

7   112.    OpenTable is without knowledge or information sufficient to form a belief as to

8   the truth of the allegations contained in Paragraph 112 and on that basis denies such allegations.

9   113.    OpenTable is without knowledge or information sufficient to form a belief as to

10   the truth of the allegations contained in Paragraph 113 and on that basis denies such allegations.

11   114.    OpenTable is without knowledge or information sufficient to form a belief as to

12   the truth of the allegations contained in Paragraph 114 and on that basis denies such allegations.

13   115.    OpenTable is without knowledge or information sufficient to form a belief as to

14   the truth of the allegations contained in Paragraph 115 and on that basis denies such allegations.

15   116.    OpenTable is without knowledge or information sufficient to form a belief as to

16   the truth of the allegations contained in Paragraph 116 and on that basis denies such allegations.

17   117.    OpenTable is without knowledge or information sufficient to form a belief as to

18   the truth of the allegations contained in Paragraph 117 and on that basis denies such allegations.

19   118.    OpenTable is without knowledge or information sufficient to form a belief as to

20   the truth of the allegations contained in Paragraph 118 and on that basis denies such allegations.

21   119.    OpenTable is without knowledge or information sufficient to form a belief as to

22   the truth of the allegations contained in Paragraph 119 and on that basis denies such allegations.

23   120.    OpenTable is without knowledge or information sufficient to form a belief as to

24   the truth of the allegations contained in Paragraph 120 and on that basis denies such allegations.

25   121.    OpenTable is without knowledge or information sufficient to form a belief as to

26   the truth of the allegations contained in Paragraph 121 and on that basis denies such allegations.

27   122.    OpenTable is without knowledge or information sufficient to form a belief as to

28   the truth of the allegations contained in Paragraph 122 and on that basis denies such allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1        123.    OpenTable is without knowledge or information sufficient to form a belief as to

2  the truth of the allegations contained in Paragraph 123 and on that basis denies such allegations.

3        124.    OpenTable is without knowledge or information sufficient to form a belief as to

4  the truth of the allegations contained in Paragraph 124 and on that basis denies such allegations.

5        125.    OpenTable is without knowledge or information sufficient to form a belief as to

6  the truth of the allegations contained in Paragraph 125 and on that basis denies such allegations.

7        126.    OpenTable is without knowledge or information sufficient to form a belief as to

8  the truth of the allegations contained in Paragraph 126 and on that basis denies such allegations.

9        127.    OpenTable is without knowledge or information sufficient to form a belief as to

10  the truth of the allegations contained in Paragraph 127 and on that basis denies such allegations.

11        128.    OpenTable is without knowledge or information sufficient to form a belief as to

12  the truth of the allegations contained in Paragraph 128 and on that basis denies such allegations.

13        129.    OpenTable is without knowledge or information sufficient to form a belief as to

14  the truth of the allegations contained in Paragraph 129 and on that basis denies such allegations.

15        130.    OpenTable is without knowledge or information sufficient to form a belief as to

16  the truth of the allegations contained in Paragraph 130 and on that basis denies such allegations.

17        131.    OpenTable is without knowledge or information sufficient to form a belief as to

18  the truth of the allegations contained in Paragraph 131 and on that basis denies such allegations.

19        132.    OpenTable is without knowledge or information sufficient to form a belief as to

20  the truth of the allegations contained in Paragraph 132 and on that basis denies such allegations.

21        133.    OpenTable is without knowledge or information sufficient to form a belief as to

22  the truth of the allegations contained in Paragraph 133 and on that basis denies such allegations.

23        **<u>COUNT II</u>**

24        134.    No response is required.

25        135.    OpenTable is without knowledge or information sufficient to form a belief as to

26  the truth of the allegations contained in Paragraph 135 and on that basis denies such allegations.

27        136.    OpenTable is without knowledge or information sufficient to form a belief as to

28  the truth of the allegations contained in Paragraph 136 and on that basis denies such allegations.

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

137.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and on that basis denies such allegations.

138.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and on that basis denies such allegations.

139.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and on that basis denies such allegations.

140.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and on that basis denies such allegations.

141.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and on that basis denies such allegations.

142.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and on that basis denies such allegations.

143.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and on that basis denies such allegations.

144.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and on that basis denies such allegations.

145.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and on that basis denies such allegations.

146.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and on that basis denies such allegations.

147.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and on that basis denies such allegations.

148.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and on that basis denies such allegations.

149.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and on that basis denies such allegations.

150.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and on that basis denies such allegations.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1    151.    OpenTable is without knowledge or information sufficient to form a belief as to

2    the truth of the allegations contained in Paragraph 151 and on that basis denies such allegations.

3    152.    OpenTable is without knowledge or information sufficient to form a belief as to

4    the truth of the allegations contained in Paragraph 152 and on that basis denies such allegations.

5    153.    OpenTable is without knowledge or information sufficient to form a belief as to

6    the truth of the allegations contained in Paragraph 153 and on that basis denies such allegations.

7    154.    OpenTable is without knowledge or information sufficient to form a belief as to

8    the truth of the allegations contained in Paragraph 154 and on that basis denies such allegations.

9    155.    OpenTable is without knowledge or information sufficient to form a belief as to

10   the truth of the allegations contained in Paragraph 155 and on that basis denies such allegations.

11   156.    OpenTable is without knowledge or information sufficient to form a belief as to

12   the truth of the allegations contained in Paragraph 156 and on that basis denies such allegations.

13   157.    OpenTable is without knowledge or information sufficient to form a belief as to

14   the truth of the allegations contained in Paragraph 157 and on that basis denies such allegations.

15   158.    OpenTable is without knowledge or information sufficient to form a belief as to

16   the truth of the allegations contained in Paragraph 158 and on that basis denies such allegations.

17   159.    OpenTable is without knowledge or information sufficient to form a belief as to

18   the truth of the allegations contained in Paragraph 159 and on that basis denies such allegations.

19   160.    OpenTable is without knowledge or information sufficient to form a belief as to

20   the truth of the allegations contained in Paragraph 160 and on that basis denies such allegations.

21   161.    OpenTable is without knowledge or information sufficient to form a belief as to

22   the truth of the allegations contained in Paragraph 161 and on that basis denies such allegations.

23   162.    OpenTable is without knowledge or information sufficient to form a belief as to

24   the truth of the allegations contained in Paragraph 162 and on that basis denies such allegations.

25   163.    OpenTable is without knowledge or information sufficient to form a belief as to

26   the truth of the allegations contained in Paragraph 163 and on that basis denies such allegations.

27   164.    OpenTable is without knowledge or information sufficient to form a belief as to

28   the truth of the allegations contained in Paragraph 164 and on that basis denies such allegations.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

165.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and on that basis denies such allegations.

166.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis denies such allegations.

167.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis denies such allegations.

168.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis denies such allegations.

169.     OpenTable is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis denies such allegations.

170.     OpenTable denies the allegations of Paragraph 170.

171.     OpenTable denies the allegations of Paragraph 171.

172.     OpenTable denies the allegations of Paragraph 172.

173.     OpenTable denies the allegations of Paragraph 173.

174.     OpenTable denies the allegations of Paragraph 174.

175.     OpenTable admits that it had knowledge of U.S. Patent No. 6,871,325 (the " '325 Patent") by no later than the date it was first served with the complaint in this action.  Except as expressly admitted, OpenTable denies the allegations of Paragraph 175.

176.     OpenTable denies the allegations of Paragraph 176.

177.     OpenTable admits that it provides instruction and direction regarding the use of its products and services and that it advertises and promotes the use of its products and services. Except as expressly admitted, OpenTable denies the allegations of Paragraph 177.

178.     OpenTable admits that it had knowledge of the '325 Patent by no later than the date it was first served with the complaint in this action.  Except as expressly admitted, OpenTable denies the allegations of Paragraph 178.

179.     OpenTable denies the allegations of Paragraph 179.

180.     OpenTable denies the allegations of Paragraph 180.

181.     OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1   the truth of the allegations contained in Paragraph 181 and on that basis denies such allegations.

2        182.    OpenTable is without knowledge or information sufficient to form a belief as to

3   the truth of the allegations contained in Paragraph 182 and on that basis denies such allegations.

4        183.    OpenTable is without knowledge or information sufficient to form a belief as to

5   the truth of the allegations contained in Paragraph 183 and on that basis denies such allegations.

6        184.    OpenTable is without knowledge or information sufficient to form a belief as to

7   the truth of the allegations contained in Paragraph 184 and on that basis denies such allegations.

8        185.    OpenTable is without knowledge or information sufficient to form a belief as to

9   the truth of the allegations contained in Paragraph 185 and on that basis denies such allegations.

10       186.    OpenTable is without knowledge or information sufficient to form a belief as to

11  the truth of the allegations contained in Paragraph 186 and on that basis denies such allegations.

12       187.    OpenTable is without knowledge or information sufficient to form a belief as to

13  the truth of the allegations contained in Paragraph 187 and on that basis denies such allegations.

14       188.    OpenTable is without knowledge or information sufficient to form a belief as to

15  the truth of the allegations contained in Paragraph 188 and on that basis denies such allegations.

16       189.    OpenTable is without knowledge or information sufficient to form a belief as to

17  the truth of the allegations contained in Paragraph 189 and on that basis denies such allegations.

18       190.    OpenTable is without knowledge or information sufficient to form a belief as to

19  the truth of the allegations contained in Paragraph 190 and on that basis denies such allegations.

20       191.    OpenTable is without knowledge or information sufficient to form a belief as to

21  the truth of the allegations contained in Paragraph 191 and on that basis denies such allegations.

22       192.    OpenTable is without knowledge or information sufficient to form a belief as to

23  the truth of the allegations contained in Paragraph 192 and on that basis denies such allegations.

24       193.    OpenTable is without knowledge or information sufficient to form a belief as to

25  the truth of the allegations contained in Paragraph 193 and on that basis denies such allegations.

26       194.    OpenTable is without knowledge or information sufficient to form a belief as to

27  the truth of the allegations contained in Paragraph 194 and on that basis denies such allegations.

28       195.    OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1    the truth of the allegations contained in Paragraph 195 and on that basis denies such allegations.

2         196.    OpenTable is without knowledge or information sufficient to form a belief as to

3    the truth of the allegations contained in Paragraph 196 and on that basis denies such allegations.

4         197.    OpenTable is without knowledge or information sufficient to form a belief as to

5    the truth of the allegations contained in Paragraph 197 and on that basis denies such allegations.

6         198.    OpenTable is without knowledge or information sufficient to form a belief as to

7    the truth of the allegations contained in Paragraph 198 and on that basis denies such allegations.

8         199.    OpenTable is without knowledge or information sufficient to form a belief as to

9    the truth of the allegations contained in Paragraph 199 and on that basis denies such allegations.

10        200.    OpenTable is without knowledge or information sufficient to form a belief as to

11   the truth of the allegations contained in Paragraph 200 and on that basis denies such allegations.

12        201.    OpenTable is without knowledge or information sufficient to form a belief as to

13   the truth of the allegations contained in Paragraph 201 and on that basis denies such allegations.

14        202.    OpenTable is without knowledge or information sufficient to form a belief as to

15   the truth of the allegations contained in Paragraph 202 and on that basis denies such allegations.

16        203.    OpenTable is without knowledge or information sufficient to form a belief as to

17   the truth of the allegations contained in Paragraph 203 and on that basis denies such allegations.

18        204.    OpenTable is without knowledge or information sufficient to form a belief as to

19   the truth of the allegations contained in Paragraph 204 and on that basis denies such allegations.

20        205.    OpenTable is without knowledge or information sufficient to form a belief as to

21   the truth of the allegations contained in Paragraph 205 and on that basis denies such allegations.

22        206.    OpenTable is without knowledge or information sufficient to form a belief as to

23   the truth of the allegations contained in Paragraph 206 and on that basis denies such allegations.

24        207.    OpenTable is without knowledge or information sufficient to form a belief as to

25   the truth of the allegations contained in Paragraph 207 and on that basis denies such allegations.

26        208.    OpenTable is without knowledge or information sufficient to form a belief as to

27   the truth of the allegations contained in Paragraph 208 and on that basis denies such allegations.

28        209.    OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1   the truth of the allegations contained in Paragraph 209 and on that basis denies such allegations.

2   210.    OpenTable is without knowledge or information sufficient to form a belief as to

3   the truth of the allegations contained in Paragraph 210 and on that basis denies such allegations.

4   211.    OpenTable is without knowledge or information sufficient to form a belief as to

5   the truth of the allegations contained in Paragraph 211 and on that basis denies such allegations.

6   212.    OpenTable is without knowledge or information sufficient to form a belief as to

7   the truth of the allegations contained in Paragraph 212 and on that basis denies such allegations.

8   213.    OpenTable is without knowledge or information sufficient to form a belief as to

9   the truth of the allegations contained in Paragraph 213 and on that basis denies such allegations.

10   214.    OpenTable is without knowledge or information sufficient to form a belief as to

11   the truth of the allegations contained in Paragraph 214 and on that basis denies such allegations.

12   215.    OpenTable is without knowledge or information sufficient to form a belief as to

13   the truth of the allegations contained in Paragraph 215 and on that basis denies such allegations.

14   216.    OpenTable is without knowledge or information sufficient to form a belief as to

15   the truth of the allegations contained in Paragraph 216 and on that basis denies such allegations.

16   217.    OpenTable is without knowledge or information sufficient to form a belief as to

17   the truth of the allegations contained in Paragraph 217 and on that basis denies such allegations.

18   218.    OpenTable is without knowledge or information sufficient to form a belief as to

19   the truth of the allegations contained in Paragraph 218 and on that basis denies such allegations.

20   219.    OpenTable is without knowledge or information sufficient to form a belief as to

21   the truth of the allegations contained in Paragraph 219 and on that basis denies such allegations.

22   220.    OpenTable is without knowledge or information sufficient to form a belief as to

23   the truth of the allegations contained in Paragraph 220 and on that basis denies such allegations.

24   221.    OpenTable is without knowledge or information sufficient to form a belief as to

25   the truth of the allegations contained in Paragraph 221 and on that basis denies such allegations.

26   222.    OpenTable is without knowledge or information sufficient to form a belief as to

27   the truth of the allegations contained in Paragraph 222 and on that basis denies such allegations.

28   223.    OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1    the truth of the allegations contained in Paragraph 223 and on that basis denies such allegations.

2    224.    OpenTable is without knowledge or information sufficient to form a belief as to

3    the truth of the allegations contained in Paragraph 224 and on that basis denies such allegations.

4    225.    OpenTable is without knowledge or information sufficient to form a belief as to

5    the truth of the allegations contained in Paragraph 225 and on that basis denies such allegations.

6    226.    OpenTable is without knowledge or information sufficient to form a belief as to

7    the truth of the allegations contained in Paragraph 226 and on that basis denies such allegations.

8    227.    OpenTable is without knowledge or information sufficient to form a belief as to

9    the truth of the allegations contained in Paragraph 227 and on that basis denies such allegations.

10   228.    OpenTable is without knowledge or information sufficient to form a belief as to

11   the truth of the allegations contained in Paragraph 228 and on that basis denies such allegations.

12   229.    OpenTable is without knowledge or information sufficient to form a belief as to

13   the truth of the allegations contained in Paragraph 229 and on that basis denies such allegations.

14   230.    OpenTable is without knowledge or information sufficient to form a belief as to

15   the truth of the allegations contained in Paragraph 230 and on that basis denies such allegations.

16   231.    OpenTable is without knowledge or information sufficient to form a belief as to

17   the truth of the allegations contained in Paragraph 231 and on that basis denies such allegations.

18   232.    OpenTable is without knowledge or information sufficient to form a belief as to

19   the truth of the allegations contained in Paragraph 232 and on that basis denies such allegations.

20   233.    OpenTable is without knowledge or information sufficient to form a belief as to

21   the truth of the allegations contained in Paragraph 233 and on that basis denies such allegations.

22   234.    OpenTable is without knowledge or information sufficient to form a belief as to

23   the truth of the allegations contained in Paragraph 234 and on that basis denies such allegations.

24   235.    OpenTable is without knowledge or information sufficient to form a belief as to

25   the truth of the allegations contained in Paragraph 235 and on that basis denies such allegations.

26   236.    OpenTable is without knowledge or information sufficient to form a belief as to

27   the truth of the allegations contained in Paragraph 236 and on that basis denies such allegations.

28   237.    OpenTable is without knowledge or information sufficient to form a belief as to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1  the truth of the allegations contained in Paragraph 237 and on that basis denies such allegations.

2        238.    OpenTable is without knowledge or information sufficient to form a belief as to

3  the truth of the allegations contained in Paragraph 238 and on that basis denies such allegations.

4        239.    OpenTable is without knowledge or information sufficient to form a belief as to

5  the truth of the allegations contained in Paragraph 239 and on that basis denies such allegations.

6        240.    OpenTable is without knowledge or information sufficient to form a belief as to

7  the truth of the allegations contained in Paragraph 240 and on that basis denies such allegations.

8        241.    OpenTable is without knowledge or information sufficient to form a belief as to

9  the truth of the allegations contained in Paragraph 241 and on that basis denies such allegations.

10       242.    OpenTable is without knowledge or information sufficient to form a belief as to

11  the truth of the allegations contained in Paragraph 242 and on that basis denies such allegations.

12       243.    OpenTable is without knowledge or information sufficient to form a belief as to

13  the truth of the allegations contained in Paragraph 243 and on that basis denies such allegations.

14       244.    OpenTable is without knowledge or information sufficient to form a belief as to

15  the truth of the allegations contained in Paragraph 244 and on that basis denies such allegations.

16       245.    OpenTable is without knowledge or information sufficient to form a belief as to

17  the truth of the allegations contained in Paragraph 245 and on that basis denies such allegations.

18       246.    OpenTable is without knowledge or information sufficient to form a belief as to

19  the truth of the allegations contained in Paragraph 246 and on that basis denies such allegations.

20                                    **PRAYER FOR RELIEF**

21       247.    OpenTable denies that Ameranth is entitled to any of the relief it seeks with

22  respect to OpenTable, including any of the relief sought in Paragraphs 1-9 of its Prayer for

23  Relief.  To the extent the Prayer for Relief is directed to other parties, OpenTable is without

24  sufficient knowledge or information to form a belief as to the allegations set forth therein and on

25  that basis denies such allegations.

26                                         **DEFENSES**

27       248.    OpenTable asserts the following as separate, distinct, and non-exclusive defenses.

28  By asserting these defenses, OpenTable does not thereby assume the burden of proof.

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1

## First Defense

2

## (Failure to State a Claim upon Which Relief Can Be Granted)

3    249.    The Second Amended Complaint for Patent Infringement fails to state a claim

4    upon which relief can be granted.

5

## Second Defense

6

## (Non-Infringement of the '850 Patent)

7    250.    OpenTable has not infringed and does not infringe any of the claims of the

8    asserted '850 Patent, either directly, contributorily, or by inducement, and Ameranth will be

9    unable to establish the infringement of any of the claims of the '850 Patent.

10

## Third Defense

11

## (Invalidity of the '850 Patent)

12    251.    The asserted '850 Patent is invalid and unenforceable for failure to satisfy the

13    requirements for patentability under Title 35 of the United States Code, including in particular

14    sections 101, 102, 103, and/or 112.

15

## Fourth Defense

16

## (Non-Infringement of the '325 Patent)

17    252.    OpenTable has not infringed and does not infringe any of the claims of the

18    asserted '325 Patent, either directly, contributorily, or by inducement, and Ameranth will be

19    unable to establish the infringement of any of the claims of the '325 Patent.

20

## Fifth Defense

21

## (Invalidity of the '325 Patent)

22    253.    The asserted '325 Patent is invalid and unenforceable for failure to satisfy the

23    requirements for patentability under Title 35 of the United States Code, including in particular

24    sections 101, 102, 103, and/or 112.

25

## Sixth Defense

26

## (No Willful Infringement)

27    254.    OpenTable has not willfully infringed any claim of the '850 Patent or the '325

28    Patent.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

19

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1

**Seventh Defense**

2

**(Limitation of Damages and Costs)**

3      255.     Ameranth's claims for damages and costs are barred, in whole or in part, under

4   35 U.S.C. §§ 286, 287, and/or 288.

5

**Eighth Defense**

6

**(Equitable Defenses)**

7      256.     On information and belief, Ameranth's claims against OpenTable are barred, in

8   whole or in part, under the doctrines of laches, estoppel, waiver, and/or unclean hands.

9

**Ninth Defense**

10

**(Misjoinder)**

11      257.     On information and belief, some or all of the defendants have been improperly

12   joined in a single action, and OpenTable asserts its right to a separate trial.

13

**Reservation of Additional Defenses**

14      258.     OpenTable has not knowingly and intentionally waived any applicable affirmative

15   or other defenses and reserves the right to raise additional affirmative or other defenses as they

16   become known through discovery or further investigation.  OpenTable further reserves the right

17   to amend and supplement its answer and defenses as further information becomes available.

18

**COUNTERCLAIMS**

19      Counterclaimant OpenTable hereby alleges the following counterclaims against

20   counterclaim defendant Ameranth as follows:

21

**The Parties**

22      1.     OpenTable is a Delaware corporation having its principal executive offices in San

23   Francisco, California.

24      2.     On information and belief, Ameranth is a Delaware corporation having its

25   principal place of business in San Diego, California.

26

**Jurisdiction and Venue**

27      3.     These counterclaims arise under the patent laws of the United States, Title 35 of

28   the United States Code, and the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

This Court has subject matter jurisdiction over these Counterclaims pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

4.      This Court has personal jurisdiction over Ameranth because it has purposefully availed itself of the benefits and protections of this jurisdiction, including by filing the instant action.

5.      Venue for these counterclaims is proper in this Court pursuant to 28 U.S.C. § 1391.

## Nature of the Action

6.      This is an action for a declaratory judgment pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, for the purpose of determining a question of actual controversy between the parties.  As described below, OpenTable asserts counterclaims seeking a declaratory judgment that the claims of the '850 Patent and '325 Patent are each invalid and unenforceable and that they are not infringed by OpenTable.  An actual controversy over the infringement, validity, and enforceability of the patents at issue exists between OpenTable and Ameranth, as evidenced by the allegations of the Second Amended Complaint for Patent Infringement and OpenTable's responses thereto.

## Counterclaim for Relief – Count I

### (Declaratory Judgment of Invalidity of the '850 Patent)

7.      OpenTable incorporates by reference each of the allegations of Paragraphs 1-6 of the counterclaims above as if fully set forth herein.

8.      In the Second Amended Complaint for Patent Infringement, Ameranth alleges that it is the lawful owner by assignment of all right, title, and interest in and to the '850 Patent.

9.      On or about August 15, 2011, Ameranth filed a complaint against OpenTable alleging infringement of the '850 Patent.  OpenTable herein denies the allegations of infringement and asserts at least the defenses alleged above.  Accordingly, an actual justiciable controversy exists between OpenTable and Ameranth as to whether the claims of the '850 Patent are invalid, unenforceable, and/or not infringed by OpenTable.

10.     Each claim of the '850 Patent is invalid and unenforceable for failure to comply

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1    with one or more of the requirements of Title 35 U.S.C., including without limitation sections

2    101, 102, 103, and/or 112, for at least the reasons specified in Defendants' Preliminary Invalidity

3    Contentions served on Ameranth on June 18, 2012.

4         11.    Pursuant to the Federal Declaratory Judgment Act, OpenTable requests a judicial

5    declaration of the Court that the '850 Patent is invalid and unenforceable.

6                        **Counterclaim for Relief – Count II**

7                   **(Declaratory Judgment of Invalidity of the '325 Patent)**

8         12.    OpenTable incorporates by reference each of the allegations of Paragraphs 1-11

9    of the counterclaims above as if fully set forth herein.

10        13.    In the Second Amended Complaint for Patent Infringement, Ameranth alleges

11   that it is the lawful owner by assignment of all right, title, and interest in and to the '325 Patent.

12        14.    On or about August 15, 2011, Ameranth filed a complaint against OpenTable

13   alleging infringement of the '325 Patent.  OpenTable herein denies the allegations of

14   infringement and asserts at least the defenses alleged above.  Accordingly, an actual justiciable

15   controversy exists between OpenTable and Ameranth as to whether the claims of the '325 Patent

16   are invalid, unenforceable, and/or not infringed by OpenTable.

17        15.    Each claim of the '325 Patent is invalid and unenforceable for failure to comply

18   with one or more of the requirements of Title 35 U.S.C., including without limitation sections

19   101, 102, 103, and/or 112, for at least the reasons specified in Defendants' Preliminary Invalidity

20   Contentions served on Ameranth on June 18, 2012.

21        16.    Pursuant to the Federal Declaratory Judgment Act, OpenTable requests a judicial

22   declaration of the Court that the '325 Patent is invalid and unenforceable.

23                              **RELIEF REQUESTED**

24   OpenTable requests judgment as follows:

25   1.    A declaration that the claims of the '850 Patent are invalid and unenforceable;

26   2.    A declaration that the claims of the '325 Patent are invalid and unenforceable;

27   3.    The entry of a judgment against Ameranth and in favor of OpenTable on all the

28   claims asserted by Ameranth in the present action;

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

22

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1      4.      That OpenTable be awarded costs and reasonable attorney fees under 35 U.S.C.

2  § 285; and

3      5.      That OpenTable be awarded any and all further relief the Court deems just and

4  proper.

5  <u>**JURY DEMAND**</u>

6      Pursuant to Rule 38 of the Federal Rules of Civil Procedure, OpenTable demands a jury

7  trial on all issues raised by Ameranth's complaint, OpenTable's answer, and OpenTable's

8  counterclaims for which that right exists.

9  Dated:  July 17, 2012                              Respectfully submitted,

10                                                     LATHAM & WATKINS LLP

11

12                                                     By:  /s/ *James L. Day*

13                                                     LATHAM & WATKINS LLP
                                                       Mark A. Flagel (CA Bar No. 110635)
                                                       Lead Attorney
14                                                     355 South Grand Avenue
                                                       Los Angeles, California 90071
15                                                     Telephone:  (213) 485-1234
                                                       Facsimile:  (213) 891-8763
16                                                     mark.flagel@lw.com

17                                                     LATHAM & WATKINS LLP
                                                       James L. Day (Bar No. 197158)
18                                                     Ryan B. Erickson (Bar No. 268239)
                                                       505 Montgomery Street, Suite 2000
19                                                     San Francisco, California 94111
                                                       Telephone:  (415) 391-0600
20                                                     Facsimile:  (415) 395-8095
                                                       jim.day@lw.com
21                                                     ryan.erickson@lw.com

22                                                     *Attorneys for Defendant*
                                                       *OpenTable, Inc.*

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

23

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)

1

## <u>CERTIFICATE OF SERVICE</u>

2  The undersigned hereby certifies that on the 17th day of July, 2012, the foregoing

3 document was electronically filed with the Clerk of the Court using the CM/ECF system per

4 Local Rule CV-5(a), which will issue an electronic notification of filing to all counsel of record.

5               <u>/s/ *James L. Day*</u>

6               James L. Day

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

24

OPENTABLE, INC.'S FIRST AMENDED
ANSWER AND COUNTERCLAIMS
Case No. 3:11-cv-1810-JLS (NLS)