# EXHIBIT A

## STEVEN C. EFFERTZ RESUME

LANGUAGES: C, C++, Java, PHP, MySQL, HTML, Intel 80X86 Assembly, Intel 8051 Assembly, Motorola 680X0 Assembly, Z80 Assembly.

SOFTWARE; Microsoft Word/Excel/PowerPoint/Outlook/Project/Visio, OrCAD Schematic Capture, Microsoft Visual Studio, Microchip MPLAB IDE, Atmel AVR Studio, Open Watcom Integrated Development Environment.

OPERATING SYSTEMS: Microsoft Windows CE/9X/NT/2000/XP/Vista/7, Red Hat Linux, Sun Solaris, Hewlett-Packard HP-UX, SCO UNIX, Wind River VxWorks, Microsoft MS-DOS.

FIRMWARE: IBM PC Compatible BIOS and Keyboard Controller, PIC Microcontroller.

HARDWARE: Intel x86, Intel 8051, HP 700 Series, Motorola 680X0, Microchip PIC Microcontrollers, Atmel Microcontrollers, Altera Programmable Logic Devices, Xilinx Field Programmable Gate Arrays (FPGAs).


EXPERIENCE:

10/02-Present      L-3 Communications
                   San Diego, CA 92121

Director of Engineering (11/10-Present)

Responsible for the overall coordination of the total engineering effort for the design and development phases of engineering programs as well as support to manufacturing during the production phase.

Manager Embedded Software and Systems (10/02-11/10)

Responsible for management of all embedded firmware and software development efforts.  Also, Project Engineer responsible for the design and development of the Multi-Function Display (MFD) Upgrade, Lightweight Wearable Data Terminal (LWDT), BOWMAN Lightweight Manpack Data Terminal (LMDT), and BOWMAN Lightweight Tablet Data Terminal (LTDT) projects.

Previously, System Engineer responsible for providing customer interface and maintaining system level requirements as documented in the BOWMAN Procurement Specification (BPS) for the Portable User Data Terminal (PUDT).  Also, Embedded Software Engineer responsible for the development (design, coding, integration, test, and documentation) of the PUDT Software

Load, including the Windows CE Kernel, Device Drivers, Control Panel Applets, and Test Software.


4/01-10/02        Northrop Grumman Corporation
                  San Diego, CA 92121

Member Senior Technical Staff (4/01-10/02)

Technical Proposal Lead for the Computers Integrated Project Team (IPT) portion of the 2.8 Billion dollar BOWMAN Program to provide the United Kingdom Ministry of Defense with ruggedized headquarters, vehicle mounted, dismounted, and portable computers.

Previously, Project Engineer responsible for the design, development, integration, testing, and documentation of the Next Generation Handheld (NGH). Also, Software Engineer responsible for the development (design, coding, integration, test, and documentation) of the NGH Firmware (PIC Microcontroller and Altera PLDs), BIOS, Device Drivers, and Test Software.


7/98-4/01         Litton Data Systems
                  San Diego, CA 92121

Member Senior Technical Staff (7/98-4/01)

Software Engineer responsible for ensuring that Sun Solaris x86 passed the Hardware Compatibility Test Suite (HCTS) when running on the Litton developed Appliqué+ V4 Computer System in support of the Force XXI Battle Command Brigade and Below (FBCB2) proposal effort to provide TRW with a state-of-the-art Compact PCI-based rugged computer system.

Previously, Project Leader responsible for cost, schedule, and development of all Handheld Terminal Unit (HTU) related software. This includes the new Windows NT 4.0 Serial Driver and Windows NT 4.0 and Windows 95 Modem Drivers on the HORNET project as a subcontractor to Textron Systems Corporation. This also includes the release of updated versions of the HTU Communication Protocols software running on SCO Unix, IRIS APM and LDT SCO Unix device drivers, HTU Tactical Communications Protocol software running on MS-DOS, and the HTU BIOS and Keyboard Controller firmware all running on the Litton developed HTU.


6/83-7/98         Litton Data Systems
                  Agoura Hills, CA 91376

Senior Engineering Specialist (6/96-7/98)

Software Proposal Lead for the 1.8 Billion dollar Kuwaiti Command, Control, Communications, Computer and Intelligence System (KC4IS) proposal effort to provide the Ministry of Defence of the state of Kuwait with a North Atlantic Treaty Organization (NATO) Open System Environment (OSE) compliant Joint, Land, Air and Naval integrated C4I system.

Previously, Software Proposal Lead in support of Litton Amecom's Firefinder proposal effort to provide the US Army with a state-of-the-art artillery locating radar system.

Previously, Software Technical Lead responsible for the cost, schedule, and development of the HTU Communication Protocols software.  This software includes SCO UNIX device drivers that provide the Defense Information Infrastructure Common Operating Environment (DII COE) compliant Ground Tactical Communications Server (GTCS) with a Tactical Communications Interface Module (TCIM) compatible interface to the HTU modem.  This allows any GTCS compatible application to run on an HTU and communicate via the HTU modem.

Previously, Software Technical Lead responsible for the cost, schedule and development of SCO UNIX device drivers for use on the IRIS project as a subcontractor to Computing Devices Canada (CDC).  This includes device drivers for Advanced Power Management and Laptop Data Terminal (Enhanced Parallel Port Floppy and SCSI) devices running on an HTU.

Engineering Specialist (1/93-6/96)

Software Proposal Lead for the Land Warrior and 21st Century Land Warrior proposal effort to provide US Army soldiers with a state-of-the-art integrated weapon, helmet, computer and radio system.

Previously, Software Engineer responsible for the cost, schedule, and development of SCO UNIX device drivers for use on the Appliqué project as a subcontractor to TRW.  This includes device drivers for PCMCIA Cards (Video Capture, GPS, Dual Serial Port, ATA Hard Disk, Wired LAN, and Wireless LAN) and Power Management running on up to four different types of computers, including the HTU.

Previously, Software Technical Lead responsible for cost, schedule, and development of porting the Phoenix BIOS and SCO UNIX to the Litton developed Intel 80486 based Portable Delivery Device (PDD) for use on the B2 Bomber project as a subcontractor to Northrop.  This included device drivers for a unique keyboard, graphics system processor, touchscreen, SCSI controller, Ethernet controller, MIL-STD-1553 Bus, and power management.

Principal Engineer (4/89-1/93)

Software Architect responsible for the initial software architecture of the Battle Management Command, Control and Communications (BMC3I) portion of the Theater High Altitude Area Defense (THAAD) project as a subcontractor to Lockheed Missile Systems Corporation.  This included the Object Oriented Analysis and Design of a distributed processing antiballistic missile system in Ada using HP-UX running on several HP 700 Series computers.

Previously, Software Proposal Lead for the BMC3I portion of the 2 Billion dollar THAAD proposal effort to provide the US Army with a new ballistic missile defense system.

Previously, Software Technical Lead responsible for the cost, schedule, and development of porting the Motorola Firmware and Motorola UNIX to the Litton Developed Motorola 68030 based Portable Delivery Device (PDD) and Extended Memory Module (EMM) for use on the B2 Bomber project as a subcontractor to Northrop.  This included device drivers for a unique keyboard, graphics system processor, SCSI controller, Ethernet controller, and power management.

Senior Engineer (5/87-4/89)

Software Architect responsible for the software architecture of the Universal Console Internal Research and Development (IRAD) project.  This included the Object Oriented Analysis and Design of a distributed processing radar display system in Ada using DEC VMS running on a DEC VAXStation 3200 communicating with a Chromatics CX2000 Workstation running the Celeris Tactical Package (TACPAC).  This software was later used as the basis for the Puerto Rico Operation Center (PROC) project, a radar based aircraft tracking system.

Engineer (6/83-5/87)

Software Engineer responsible for design, code, integration and test of the proprietary executive, system routines, tactical modem, and Advanced Display Terminal Language (ADTL) used on the Character Oriented Message Catalog (COMCAT) project.

Previously, Software Engineer responsible for code and integration of the user interface for the Military Intelligence Sensor Management, Reporting, and Tasking (MISMART) project running on a Litton developed Digital Communications Terminal (DCT).


PROFESSIONAL TRAINING:

Writing SCO System V Device Drivers, January 1993
Stream, Character and Block Device Driver Development, February 1990
Unix System V Release 3 Internals (License Required), February 1990


EDUCATION:

B.S. Math/Computer Science, University of California at Los Angeles, 1983


REFERENCES:
Available upon request.