JOHN A. O'MALLEY (Bar No. 101181)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
jomalley@fulbright.com

DAN D. DAVISON (*admitted pro hac vice*)
MARC L. DELFLACHE (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:   (214) 855-8000
Facsimile:    (214) 855-8200
ddavison@fulbright.com
mdelflache@fulbright.com

RICHARD S. ZEMBEK (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:   (713) 651-5151
Facsimile:    (214) 651-5246
rzembek@fulbright.com

Attorneys for Defendants Papa John's USA, Inc.; Wanderspot LLC; Expedia, Inc.; Hotels.com, LP; Hotel Tonight, Inc.; Hotwire, Inc.; Kayak Software Corp.; Orbitz, LLC; Travelocity.com, LP; Fandango, Inc.; StubHub, Inc.; Ticketmaster LLC; Live Nation Entertainment, Inc.; and Micros Systems, Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

-1-
DECLARATION OF YEVGENIY KORABELNIKOV

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ORBITZ, LLC, <br><br> Defendant. | Civil Action No. 12-CV-1644-JLS-NLS <br><br> [Consolidated with 3:11-CV-01810-JLS-NLS] <br><br> **DECLARATION OF YEVGENIY KORABELNIKOV ON BEHALF OF ORBITZ, LLC** <br><br> **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER – CONTAINS INFORMATION DESIGNATED "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"** |

**DECLARATION OF YEVGENIY KORABELNIKOV ON BEHALF OF ORBITZ, LLC**

I.   **INTRODUCTION**

1. I serve as Technical Manager for Orbitz. I have personal knowledge of the matters stated in this declaration.

2. I understand that the Plaintiff seeks to require Orbitz to produce all of the source code and associated tools and files for the full and mobile versions of its e-commerce website ("the websites"), such that the Plaintiff could set-up and execute fully-functioning versions of the websites and/or full test environments for the websites.

3. I am offering this declaration to explain:

   a. the effort Orbitz's employees would have to undertake to gather some of the materials requested;

   b. why it would be difficult or impossible for Orbitz to provide some of the materials requested;

   c. why it would be difficult or impossible to set-up fully-functioning versions of the websites and/or full test environments at the Plaintiff's location; and

   d. what Orbitz proposes as a more reasonable source code production in this matter.

1  II.  **DETAILED DISCUSSION**

2  ■  ████████████████████████████████████████████
3  ■  ████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████
■  ■  ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████
■  ■  ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████
■  ■  ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

28

-3-
DECLARATION OF YEVGENIY KORABELNIKOV

[Page content redacted]

-4-
DECLARATION OF YEVGENIY KORABELNIKOV



-5-
DECLARATION OF YEVGENIY KORABELNIKOV

[Paragraphs 1–9 redacted.]

### C. What Orbitz Proposes as a More Reasonable Source Code Production

10. In the previous patent infringement cases in which Orbitz was a defendant, Orbitz was only required to produce the specific source code related to the functionality the plaintiff identified in its infringement contentions. If a similar source code production requirement is imposed in this case, it will be much more feasible for Orbitz to meet that requirement than it would be for Orbitz to meet the requirement that the Plaintiff is seeking to have imposed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10th, 2013, at Chicago, Illinois.

*Yevgeniy Korabelnikov*

-6-
DECLARATION OF YEVGENIY KORABELNIKOV