JOHN A. O'MALLEY (BAR NO. 101181)
**FULBRIGHT & JAWORSKI L.L.P.**
555 SOUTH FLOWER STREET
FORTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA  90071
TELEPHONE:     (213) 892-9200
FACSIMILE:     (213) 892-9494
JOMALLEY@FULBRIGHT.COM

DAN D. DAVISON (*admitted pro hac vice*)
MARC L. DELFLACHE (*admitted pro hac vice*)
**Fulbright & Jaworski L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:  (214) 855-8000
Facsimile:   (214) 855-8200
ddavison@fulbright.com
mdelflache@fulbright.com

RICHARD S. ZEMBEK (*admitted pro hac vice*)
**Fulbright & Jaworski L.L.P.**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
Facsimile:   (214) 651-5246
rzembek@fulbright.com

Attorneys for Defendants Papa John's USA, Inc.; Wanderspot LLC; Expedia, Inc.; Hotels.com, LP; Hotel Tonight, Inc.; Hotwire, Inc.; Kayak Software Corp.; Orbitz, LLC; Travelocity.com, LP; Fandango, Inc.; StubHub, Inc.; Ticketmaster LLC; Live Nation Entertainment, Inc.; and Micros Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH INC. , <br><br> Plaintiff, <br><br> v. <br><br> STUBHUB, INC.,, <br><br> Defendant. | Civil Action No.  12-CV-1646-JLS-NLS <br><br> [Consolidated with 3:11-Cv-01810-JLS-NLS] <br><br> **DECLARATION OF RAY REYNOLDS  ON BEHALF OF STUBHUB, INC.** <br><br> **FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER  – CONTAINS INFORMATION DESIGNATED "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY"** |

# DECLARATION OF RAY REYNOLDS ON BEHALF OF STUBHUB, INC.

I, Ray Reynolds, declare as follows:

1. I serve as a Principal Operations Architect for StubHub, Inc. ("StubHub"). I have personal knowledge of the matters stated in this declaration.

2. I understand that StubHub has been asked by the Plaintiff to produce all of the source code and associated tools and files for the full and mobile version of StubHub's e-commerce websites: www.stubhub.com ("StubHub main website") and m.stubhub.com ("StubHub mobile website") (collectively "the StubHub websites").

3. I am offering this declaration to explain:

   a. the effort StubHub's employees would have to undertake to gather some of the materials requested;

   b. why it would be difficult or impossible for StubHub to provide some of the materials requested;

   c. why it would be difficult or impossible to set-up fully-functioning versions of the StubHub websites and/or any full test environment at Plaintiff's location; and

   d. what StubHub proposes as a more reasonable source code production in this matter.

[redacted]

| | |
|---|---|
| 1 | ███████████████████████████████████████ |
| 2 | ███████████████████████████████████████ |
| 3 | ███████████████████████████████████████ |
| 4 | ███████████████████████████████████████ |
| 5 | ███████████████████████████████████████ |
| 6 | ███   █████████████████████████████████ |
| 7 | ███████████████████████████████████████ |
| 8 | ███████████████████████████████████████ |
| 9 | ████████████████ |
| 10 | ████████████████████████████ |
| 11 | █ ████████████████████████████████████ |
| 12 | ██████████████████████ |
| 13 | █ ███████████████████████████████████ |
| 14 | ████ ██████████████████████ |
| 15 | █████████████████████████████████████ |
| 16 | █████████████████████████████████████ |
| 17 | █████████████████████████████████████ |
| 18 | █████████████████████████████████████ |
| 19 | █████████████████████████████████████ |
| 20 | ██████████ ██████████████████ |
| 21 | ██████████████████████████████ |
| 22 | █ █████████████████████████████ |
| 23 | ██████████████████████████ |
| 24 | |











DOCUMENT PREPARED ON RECYCLED PAPER



| | |
|---|---|
| 1 | ███████████████████████████████████ |
| 2 | ████████████████████████████ |
| 3 | █ ██████████████████████████████ |
| 4 | ███████████████████████████████ |
| 5 | ██████████████████████████████ |
| 6 | █ ████████████████████████████ |
| 7 | ███████████████████████████████ |
| 8 | ██████████████████████████████ |
| 9 | ██████ |
| 10 | █ █████████████████████████████ |
| 11 | ████████████████████████ |
| 12 | ███████████████████ |
| 13 | █ █████████████████████████ |
| 14 | ████████████████████████ |
| 15 | ████████████████████████ |
| 16 | ████████████████████████ |
| 17 | ████████████████████████ |
| 18 | ████████████████████████ |
| 19 | ████ |
| 20 | █ ███████████████████████ |
| 21 | ████████████████████████ |
| 22 | ████████████████████████ |
| 23 | ████████████████████████ |
| 24 | ██ |



1 █

2 █

3 █

4 █

5 █

6 █ █

7 █

8 █

9 █

10 █

11 █

12 █

13 █

14 █

15 █

**<u>StubHub Proposal</u>**

17  8. █

18 █

19 █

20 █

21 █ █

22 █

23 █

24 █ In light of these

circumstances, what Plaintiff proposes—production of all source code trees—is neither possible, nor reasonable. In contrast to what Plaintiff has proposed, an appropriate and reasonable production for the websites in this lawsuit would consist of providing a non-compilable copy of the Java based portion of the StubHub-owned source code pertaining to the specific functionality that I understand Plaintiff must identify in its infringement contention claim charts ("the Relevant StubHub Source Code"). Such production is more appropriate than what Plaintiff requests for a number of reasons:

a. The form of source code production proposed by StubHub would provide information sufficient to show the operation of the accused functionality, but unlike Plaintiff's proposal, be in a manner that is commensurate with the scope of discovery relevant to this case and that avoids production of source code for unaccused functionalities.

b. Further, a production of only the Relevant StubHub Source Code would allow for production via standard optical media (*e.g.*, a DVD), and would be viewable within one of the commercially available review tools.

c. StubHub would likely be able to identify, extract, and prepare the source code for production within less than a week.

d. Further, Plaintiff may employ commercially available tools to investigate wireless communications between a mobile device or website and StubHub's back-end systems, and utilize StubHub's

      public websites (in the manner used by StubHub's customers), to further examine the StubHub web experience.

9. Given my understanding of how the StubHub websites work, any attempt to create fully-functioning versions of StubHub's websites from the source code that StubHub created or owns is very likely to be an effort in futility and a waste of StubHub's and Plaintiff's time and resources.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1 | Dated: January 11, 2013

*[signature]*

Ray Reynolds on behalf of StubHub, Inc.

# EXHIBIT 1

to the Declaration of Ray Reynolds

Case 3:11-cv-01810-DMS-DDL    Document 325-5    Filed 01/18/13    PageID.8452    Page 17 of 17