1  JOHN A. O'MALLEY (Bar No. 101181)
   **FULBRIGHT & JAWORSKI L.L.P.**
2  555 South Flower Street
   Forty-First Floor
3  Los Angeles, California 90071
   Telephone:    (213) 892-9200
   Facsimile:    (213) 892-9494
4  jomalley@fulbright.com

5  DAN D. DAVISON (*admitted pro hac vice*)
   MARC L. DELFLACHE (*admitted pro hac vice*)
   **FULBRIGHT & JAWORSKI L.L.P.**
6  2200 Ross Avenue, Suite 2800
   Dallas, Texas 75201
7  Telephone:    (214) 855-8000
   Facsimile:    (214) 855-8200
   ddavison@fulbright.com
8  mdelflache@fulbright.com

9  RICHARD S. ZEMBEK (*admitted pro hac vice*)
   GEORGE W. JORDAN III (*admitted pro hac vice*)
   **FULBRIGHT & JAWORSKI L.L.P.**
10 1301 McKinney, Suite 5100
   Houston, Texas 77010
11 Telephone:    (713) 651-5151
   Facsimile:    (214) 651-5246
12 rzembek@fulbright.com
   gjordan@fulbright.com

13 GILBERT GREENE (*admitted pro hac vice*)
   SHEILA KADURA (*admitted pro hac vice*)
   **FULBRIGHT & JAWORSKI L.L.P.**
14 98 San Jacinto Boulevard, Suite 1100
   Austin, TX 78701
15 Telephone:    (512) 474-5201
   Facsimile:    (512) 536-4598
16 bgreene@fulbright.com

17 Attorneys for Defendants Papa John's USA, Inc.; Wanderspot LLC;
   Expedia, Inc.; Hotels.com, LP; Hotel Tonight, Inc.; Hotwire, Inc.; Kayak
   Software Corp.; Orbitz, LLC; Travelocity.com, LP; Fandango, Inc.;
18 StubHub, Inc.; Ticketmaster LLC; Live Nation Entertainment, Inc.; and
   Micros Systems, Inc.

19                    **UNITED STATES DISTRICT COURT**

20                  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 21 | Civil Action No. 12-CV-1655-JLS-NLS |
| AMERANTH, INC., | |
| 22 | [Consolidated with 3:11-CV-01810-JLS-NLS] |
|     Plaintiff, | |
| 23 | **DECLARATION OF MICHAEL L. RUSSO** |
|     v. | **ON BEHALF OF MICROS SYSTEMS,** |
| | **INC.** |
| 24 MICROS SYSTEMS, INC., | |
| | **FILED UNDER SEAL PURSUANT TO** |
| 25     Defendant. | **PROTECTIVE ORDER – CONTAINS** |
| | **INFORMATION DESIGNATED** |
| 26 | **"HIGHLY CONFIDENTIAL –** |
| | **ATTORNEYS' EYES ONLY"** |

DOCUMENT PREPARED
ON RECYCLED PAPER

-1-

# DECLARATION OF MICHAEL L. RUSSO ON BEHALF OF MICROS SYSTEMS, INC.

## A.     INTRODUCTION

1.     I, Michael L. Russo, declare as follows:

2.     I serve as a Chief Technology Officer for MICROS Systems, Inc. ("MICROS"). I have personal knowledge of the matters stated in this declaration.

3.     I understand that Plaintiff seeks to require MICROS to produce all of the source code and associated tools and files for the following eight MICROS products (collectively, the "MICROS Solutions"): (a) Simphony; (b) OPERA, which is sometimes referred to as OPERA Property Management System or OPERA Enterprise; (c) myCentral which includes components referred to as mymenu and web-Ordering; (d) Hotel Commerce Platform, which includes mystaymanager (myCentral and/or Hotel Commerce Platform are sometimes referred to as MICROS eCommerce Solutions); (e) myreservations; (f) HSI Profit Series system; (g) MyHSI; and (h) MICROS Restaurant Enterprise Solution, which is sometimes referred to as the MICROS RES, and which includes the component Micros Table Management System.

4.     I am offering this declaration to explain:

        a.     the effort MICROS's employees would have to undertake to gather some of the materials requested;

        b.     why it would be difficult, very time-consuming and expensive for MICROS to provide some of the materials requested;

DOCUMENT PREPARED ON RECYCLED PAPER

DECLARATION OF MICHAEL RUSSO

1          c.     why it would be difficult, very time-consuming and

2 expensive to set-up fully-functioning versions of the MICROS Solutions

3 and/or any full test environment, as requested in Plaintiff's Source Code

4 Position Statement (December 19, 2012) ("Plaintiff's Position Statement");

5 and

6          d.     what MICROS proposes as a more reasonable source

7 code production in this matter.



DECLARATION OF MICHAEL RUSSO



MICHAEL RUSSO



DOCUMENT PREPARED
ON RECYCLED PAPER

DECLARATION OF MICHAEL RUSSO



DECLARATION OF MICHAEL RUSSO

DOCUMENT PREPARED
ON RECYCLED PAPER



-7-

DECLARATION OF MICHAEL RUSSO



DOCUMENT PREPARED
ON RECYCLED PAPER

-8-

DECLARATION OF MICHAEL RUSSO



13 **G.     A REASONABLE FORM OF SOURCE CODE PRODUCTION**

14     26.     In contrast to what Plaintiff has proposed, a reasonable

15 production for the MICROS Solutions in this case would consist of collecting

16 the specific source code related to the functionality the Plaintiff will be

17 identifying in its infringement contentions, which collection can likely be

18 completed in lesser time.

19     Given my understanding of how the MICROS Solutions work, what

20 Plaintiff has requested in its Position Statement (*i.e.*, a full test environment

21 or full source code escrow of each of the 8 MICROS Solutions) would be a

22 significant burden on MICROS's resources and a significant expense.

23 MICROS has never been required to undertake that extreme burden in any

24 previous patent cases.

DOCUMENT PREPARED
ON RECYCLED PAPER

DECLARATION OF MICHAEL RUSSO

1    I declare under penalty of perjury under the laws of the United States

2  of America that the foregoing is true and correct.

3        Executed on January 11, 2013, at Columbia, Maryland.

4

5                                          _____

6                                          Michael L. Russo on behalf MICROS
                                           Systems, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DOCUMENT PREPARED
ON RECYCLED PAPER

-10-

DECLARATION OF MICHAEL RUSSO