ANTHONY NIMMO ARDC No. 6195174
(Admitted *Pro Hac Vice*)
Email: Anthony.Nimmo@Icemiller.com
JENNIFER DIENES ARDC No. 6296234
(Admitted *Pro Hac Vice*)
Email: Jennifer.Dienes@Icemiller.com
NICHOLAS MERKER ARDC No. 6304918
(Admitted *Pro Hac Vice*)
Email: Nicholas.Merker@Icemiller.com
**ICE MILLER LLP**
200 West Madison Street, Suite 3500
Chicago, Illinois 60606
(312) 726-1567; (312) 726-7102 fax

JOHN C. WYNNE, SBN 83041
Email: wynne@dsmwlaw.com
DOUGLAS W. LYTLE, SBN 178315
Email: lytle@dsmwlaw.com
**DUCKOR SPRADLING METZGER & WYNNE**
A Law Corporation
3043 4th Avenue
San Diego, California 92103
Tel: 619-209-3000; Fax: 619-209-3043

Attorneys for Defendant
AGILYSYS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AGILYSYS, INC., <br><br> Defendant. | **Case No. 3:11 CV 01810 JLS (NLS)** <br><br> **NOTICE OF APPEARANCE OF NICHOLAS R. MERKER** <br><br> DEPT: Courtroom 6 <br> JUDGE: Hon. Janis L. Sammartino <br><br> Action Filed: April 6, 2012 <br> Trial Date: None Set |
|---|---|

---

NOTICE OF APPEARANCE OF NICHOLAS R. MERKER    11-CV-01810 JLS(NLS)
559015

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Nicholas R. Merker, an associate attorney in the law firm of Ice Miller, LLP, hereby files this Notice of Appearance in the above-captioned matter as counsel for Defendant, AGILYSYS, INC.

PLEASE TAKE FURTHER NOTICE THAT this matter is consolidated for pretrial purposes up to and including claim construction[1] with Case No. 12 CV 00858 JLS (NLS) in which counsel has been admitted to practice in this Court, *Pro Hac Vice*. Counsel respectfully requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at Nicholas.Merker@icemiller.com.

DATED: April 1, 2013

ICE MILLER, LLP

By: /s/ Nicholas R. Merker
NICHOLAS R. MERKER
Attorneys for Defendant
AGILYSYS, INC.

---

[1] 10/24/12 Order, Doc. No. 24 in Case No. 3:12-cv-00858-JLS-NLS.