J. RICK TACHÉ (SBN 195100)
tacher@gtlaw.com
SHAUN HOTING (SBN 260656)
hotings@gtlaw.com
JENNY S. KIM (SBN 282562)
kimje@gtlaw.com
ERIKSON C. SQUIER (SBN 275274)
squiere@gtlaw.com
**GREENBERG TRAURIG, LLP**
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Defendant
BEST WESTERN INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BEST WESTERN INTERNATIONAL, INC., <br><br> Defendant. | CASE NO. 3:12-CV-01630 JLS (NLS) <br><br> Consolidated Case No. 11cv01810 (Main Case) <br><br> **NOTICE OF APPEARANCE OF JENNY S. KIM** |

**PLEASE TAKE NOTICE** that Jenny S. Kim of Greenberg Traurig, LLP hereby appears as attorney of record for Defendant, BEST WESTERN INTERNATIONAL, INC. in the above captioned action.

PLEASE TAKE FURTHER NOTICE THAT this matter is consolidated for pretrial purposes up to and including claim construction with Case no. 11cv01810-JLS (NLS) in which counsel has been admitted to practice in this Court.  Counsel respectfully requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served upon this undersigned at the address shown below:

JENNY S. KIM (SBN 282562)
GREENBERG TRAURIG
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: kimje@gtlaw.com

DATED:  June 14, 2013                    GREENBERG TRAURIG, LLP

By:  /s/ Jenny S. Kim
J. Rick Taché
Shaun Hoting
Jenny S. Kim
Erikson C. Squier

Attorneys for Defendant
BEST WESTERN INTERNATIONAL, INC.