1  **CALDARELLI HEJMANOWSKI & PAGE LLP**
   William J. Caldarelli (SBN #149573)
2  Ben West (SBN #251018)
   12340 El Camino Real, Suite 430
3  San Diego, CA  92130
   Telephone: (858) 720-8080
4  Facsimile: (858) 720-6680
   wjc@chplawfirm.com
5  dbw@chplawfirm.com

6  **FABIANO LAW FIRM, P.C.**
   Michael D. Fabiano (SBN #167058)
7  12526 High Bluff Drive, Suite 300
   San Diego, CA  92130
8  Telephone: (619) 742-9631
   mdfabiano@fabianolawfirm.com
9

   **OSBORNE LAW LLC**
10 John W. Osborne *(Appointed Pro Hac Vice)*
   33 Habitat Lane
11 Cortlandt Manor, NY 10567
   Telephone: (914) 714-5936
12 josborne@osborneipl.com

13 **WATTS LAW OFFICES**
   Ethan M. Watts (SBN #234441)
14 12340 El Camino Real, Suite 430
   San Diego, CA  92130
15 Telephone: (858) 509-0808
   Facsimile: (619) 878-5784
16 emw@ewattslaw.com

17 Attorneys for Plaintiff Ameranth, Inc.

18
   / / /
19
   / / /
20
   / / /
21

22

23

24

25

26

27

28

**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS**           Case No. 3:11-cv-01810-JLS-NLS

| | |
|---|---|
| 1 | **FULBRIGHT & JAWORSKI L.L.P.** |
| 2 | John A. O'Malley (SBN 101181) |
|   | 555 South Flower Street |
| 3 | Forty-First Floor |
|   | Los Angeles, California 90071 |
| 4 | Telephone: (213) 892-9200 |
|   | Facsimile: (213) 892-9494 |
| 5 | john.omalley@nortonrosefulbright.com |
| 6 | **FULBRIGHT & JAWORSKI L.L.P.** |
|   | Dan D. Davison |
| 7 | Marc L. Delflache |
|   | 2200 Ross Avenue, Suite 2800 |
| 8 | Dallas, Texas 75201 |
|   | Telephone: (214) 855-8000 |
| 9 | Facsimile: (214) 855-8200 |
|   | dan.davison@nortonrosefulbright.com |
| 10 | marc.delflache@nortonrosefulbright.com |
| 11 | **FULBRIGHT & JAWORSKI L.L.P.** |
|   | Richard S. Zembek |
| 12 | George W. Jordan III |
|   | 1301 McKinney, Suite 5100 |
| 13 | Houston, Texas 77010 |
|   | Telephone: (713) 651-5151 |
| 14 | Facsimile: (713) 651-5246 |
|   | richard.zembek@nortonrosefulbright.com |
| 15 | George.jordan@nortonrosefulbright.com |
| 16 | **FULBRIGHT & JAWORSK L.L.P.** |
|   | Gilbert A. Greene |
| 17 | Sheila C. Kadura |
|   | 98 San Jacinto Boulevard, Suite 1100 |
| 18 | Austin, Texas 78701 |
|   | Telephone: (512) 474-5201 |
| 19 | Facsimile: (512) 536-4598 |
|   | bert.greene@nortonrosefulbright.com |
| 20 | sheila.kadura@nortonrosefulbright.com |
| 21 | Lead Attorneys for Defendants |
|   | Papa John's USA, Inc., Wanderspot, Expedia, |
| 22 | Hotels.com, Hotel Tonight, Hotwire, Kayak, OpenTable, Orbitz, |
|   | Travelocity, Fandango, StubHub, Ticketmaster, |
| 23 | Live Nation and Micros |
| 24 | And Liaison Attorneys for Defendants |
|   | Pizza Hut, Domino's, QuikOrder, GrubHub, O-Web, |
| 25 | Seamless, Mobo, Best Western, Hilton, |
|   | Hyatt, Marriott, Starwood, Agilysys, ATX, and Usablenet |
| 26 | / / / |
| 27 | |
| 28 | |

**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS**                         Case No. 3:11-cv-01810-JLS-NLS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PIZZA HUT, INC., ET AL.,<br><br>　　　　Defendants.<br><br>AND RELATED CASES. | CASE NOS. 11-cv-1810 JLS (NLS), 12-cv-742 JLS (NLS), 12-cv-739 JLS (NLS), 12-cv-737 JLS (NLS), 12-cv-733 JLS (NLS), 12-cv-732 JLS (NLS), 12-cv-731 JLS (NLS), 12-cv-729 JLS (NLS), 12-cv-858 JLS (NLS), 12-cv-1659 JLS (NLS), 12-cv-1656 JLS (NLS), 12-cv-1655, JLS (NLS), 12-cv-1654 JLS (NLS), 12-cv-1653 JLS (NLS), 12-cv-1652 JLS (NLS), 12-cv-1651 JLS (NLS), 12-cv-1650 JLS (NLS), 12-cv-1649 JLS (NLS), 12-cv-1648 JLS (NLS), 12-cv-1646 JLS (NLS), 12-cv-1644 JLS (NLS), 12-cv-1643 JLS (NLS), 12-cv-1642 JLS (NLS), 12-cv-1640 JLS (NLS), 12-cv-1636 JLS (NLS), 12-cv-1634 JLS (NLS), 12-cv-1633 JLS (NLS), 12-cv-1631 JLS (NLS), 12-cv-1630 JLS (NLS), 12-cv-1629 JLS (NLS), and 12-cv-1627 JLS (NLS)<br><br>**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS** |

/ / /

**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS**　　　　　　　　　　**Case No. 3:11-cv-01810-JLS-NLS**

Plaintiff Ameranth, Inc. ("Ameranth"), and defendants Papa John's USA, Inc., Wanderspot, Expedia, Hotels.com, Hotel Tonight, Hotwire, Kayak, Orbitz, Travelocity, Fandango, StubHub, Ticketmaster, Live Nation, Micros, Pizza Hut, Domino's, QuikOrder, GrubHub, O-Web, Seamless, Mobo OpenTable, Best Western, Hilton, Hyatt, Marriott, Starwood, Agilysys, ATX, and Usablenet ("Defendants"), bring this Joint Motion based on the following facts:

A.   Ameranth served a round of Requests for Production of Documents on Defendants in February 2013, which were deemed served on April 1, 2013. Ameranth served another round of Requests for Production of Documents on Defendants on April 12, 2013.

B.   In a June 7, 2013 Order Denying Plaintiff's Ex Parte Motion for a Joint Discovery Conference [Doc. No. 388], the Court set a deadline of July 12, 2013 for the parties to file any joint discovery motions regarding the Requests for Production.

C.   The parties have met and conferred as required by the Court's Chamber Rules regarding the Defendants' responses and objections to Ameranth's Requests for Production.

D.   The Defendants have begun making rolling productions of non-privileged documents responsive to Ameranth's Requests for Production. However, because of the scope and nature of the productions, such rolling productions are not yet complete, and the parties do not anticipate that they will be complete by July 12, 2013.

E.   The parties wish to provide additional time for the Defendants to make their rolling productions of responsive documents, and for that reason now bring this joint motion.

/ / /

1

**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS**                                                    Case No. 3:11-cv-01810-JLS-NLS

Wherefore, Ameranth and Defendants hereby stipulate and jointly move the Court for an Order that:

1. Defendants shall have up until September 6, 2013 to complete their rolling production of non-privileged documents responsive to Ameranth's Requests for Production. However, Defendants should make rolling productions promptly as responsive documents are located, reviewed and assembled, and should not wait until the deadline to produce responsive documents that they can locate and produce sooner in the exercise of reasonable diligence; and

2. Any joint discovery motion regarding Defendants' Production of Documents in response to Ameranth's Request for Production described herein shall be brought by October 25, 2013.

Respectfully submitted,

Dated: July 12, 2013          CALDARELLI HEJMANOWSKI & PAGE LLP

By: */s/ William J. Caldarelli*
William J. Caldarelli
Ben West

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

**Attorneys for Plaintiff Ameranth, Inc.**

/ / /

/ / /

/ / /

2
**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS                    Case No. 3:11-cv-01810-JLS-NLS**

Dated: July 12, 2013         FULBRIGHT & JAWORSKI L.L.P.

By: */s/ Richard Zembek*
    Richard Zembek
    1301 McKinney, #5100
    Houston, TX 77010
    Tel: (713) 651-5283
    rzembek@fulbright.com

**Attorneys for Defendants Papa John's USA, Inc., Wanderspot, Expedia, Hotels.com, Hotel Tonight, Hotwire, Kayak, OpenTable, Orbitz, Travelocity, Fandango, StubHub, Ticketmaster, Live Nation and Micros**

**and Liaison Attorneys for Defendants:**

**Pizza Hut, Domino's, QuikOrder, GrubHub, O-Web, Seamless, Mobo, Best Western, Hilton, Hyatt, Marriott, Starwood, Agilysys, ATX, and Usablenet**

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Richard Zembek, lead counsel or liaison counsel for Defendants, and that I have obtained Mr. Zembek's authorization to affix his electronic signature to this document.

*/s/ William J. Caldarelli*
William J. Caldarelli

3
**JOINT MOTION TO ACCOMMODATE ROLLING PRODUCTION OF DOCUMENTS**                       Case No. 3:11-cv-01810-JLS-NLS