**CALDARELLI HEJMANOWSKI & PAGE LLP**
William J. Caldarelli (SBN #149573)
Ben West (SBN #251018)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone: (858) 720-8080
Facsimile: (858) 720-6680
wjc@chplawfirm.com
dbw@chplawfirm.com

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne *(Appointed Pro Hac Vice)*
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone: (858) 509-0808
Facsimile: (619) 878-5784
emw@ewattslaw.com

Attorneys for Plaintiff Ameranth, Inc.

/ / /
/ / /
/ / /

**JOINT MOTION TO EXTEND TIME**          Case No. 11-CV-1810 JLS (NLS)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>    Plaintiff,<br><br>v.<br><br>PIZZA HUT, INC., ET AL.<br><br>    Defendants.<br><br>AND RELATED CASES. | CASE NOS. 11-cv-1810 JLS (NLS), 12-cv-742 JLS (NLS), 12-cv-739 JLS (NLS), 12-cv-737 JLS (NLS), 12-cv-733 JLS (NLS), 12-cv-732 JLS (NLS), 12-cv-731 JLS (NLS), 12-cv-729 JLS (NLS), 12-cv-858 JLS (NLS), 12-cv-1659 JLS (NLS), 12-cv-1656 JLS (NLS), 12-cv-1655, JLS (NLS), 12-cv-1654 JLS (NLS), 12-cv-1653 JLS (NLS), 12-cv-1652 JLS (NLS), 12-cv-1651 JLS (NLS), 12-cv-1650 JLS (NLS), 12-cv-1649 JLS (NLS), 12-cv-1648 JLS (NLS), 12-cv-1646 JLS (NLS), 12-cv-1644 JLS (NLS), 12-cv-1643 JLS (NLS), 12-cv-1642 JLS (NLS), 12-cv-1640 JLS (NLS), 12-cv-1636 JLS (NLS), 12-cv-1634 JLS (NLS), 12-cv-1633 JLS (NLS), 12-cv-1631 JLS (NLS), 12-cv-1630 JLS (NLS), 12-cv-1629 JLS (NLS), and 12-cv-1627 JLS (NLS)<br><br>**JOINT MOTION TO EXTEND TIME TO COMPLETE MEET AND CONFER AND RESPOND TO COURT ORDER OF JULY 26, 2013** |

Plaintiff and Defendants herein, through their respective counsel of record in this matter, hereby stipulate and jointly move the Court to extend to August 15, 2013, the date by which the parties must complete their meet and confer and file a proposed joint motion and schedule of service with the Court as ordered in the last paragraph of the Court's July 26, 2013 Order Determining Joint Motion for Discovery Dispute No. 2 [Doc. No. 432].

The parties will further engage in good faith efforts to meet and confer prior to filing this proposed joint motion and schedule of service. Ameranth's lead counsel is on a long-planned vacation until August 5, and additionally there are significant issues to discuss and a large number of counsel whose

1  participation is required.  Accordingly, the parties jointly request that the time
2  to file be extended to August 15, 2013.

3       No prior extensions have been requested and this joint request is not
4  made for any improper purpose.

Respectfully submitted,

Dated: August 1, 2013     CALDARELLI HEJMANOWSKI & PAGE LLP

By: */s/ William J. Caldarelli*
     William J. Caldarelli
     Ben West

     FABIANO LAW FIRM, P.C.
     Michael D. Fabiano

     OSBORNE LAW LLC
     John W. Osborne

     WATTS LAW OFFICES
     Ethan M. Watts

**Attorneys for Plaintiff Ameranth, Inc.**

Dated: August 1, 2013     FULBRIGHT & JAWORSKI L.L.P.

By: */s/ Richard Zembek*
     Richard Zembek

**Liaison Attorneys for Defendants**

<u>SIGNATURE CERTIFICATION</u>

     Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Richard Zembek, Liaison Counsel for Defendants, and that I have obtained Mr. Zembek's authorization to affix his electronic signature to this document.

     */s/ William J. Caldarelli*
     William J. Caldarelli

-3-

**JOINT MOTION TO EXTEND TIME**     Case No. 11-CV-1810 JLS (NLS)