# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.,<br><br>                          Plaintiff,<br>vs.<br><br>PIZZA HUT, INC.; PIZZA HUT OF AMERICA, INC.; DOMINO'S PIZZA, LLC; DOMINO'S PIZZA, INC.; PAPA JOHN'S USA, INC.; OPENTABLE, INC.; GRUBHUB, INC.; EXIT 41, LLC; QUICKORDER, INC.; SEAMLESS NORTH AMERICA, LLC; O-WEB TECHNOLOGIES LTD,<br><br>                          Defendants.<br>_____<br>AND RELATED CASES. | Case Nos. 11cv1810 JLS (NLS), 12cv1650<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 443) |

Presently before the Court is Defendant Usablenet, Inc.'s ("Defendant") motion to dismiss. (ECF No. 443.) A hearing on the motion is currently set for October 17, 2013. Plaintiff Ameranth, Inc. **SHALL FILE** an opposition <u>on or before September 12, 2013</u>. Defendant **SHALL FILE** a reply <u>on or before September 19, 2013</u>.

      **IT IS SO ORDERED**.

DATED: August 6, 2013

                                                                                  Honorable Janis L. Sammartino<br>
                                                                                  United States District Judge