**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>Ameranth, Inc.</u> v. <u>Pizza Hut, Inc., *et al.*</u>   No. <u>11-CV-1810-DMS (WVG)</u>
Consolidated with:

| | |
|---|---|
| 12-CV-0729-DMS (WVG) | 12-CV-1640-DMS (WVG) |
| 12-CV-0731-DMS (WVG) | 12-CV-1642-DMS (WVG) |
| 12-CV-0732-DMS (WVG) | 12-CV-1643-DMS (WVG) |
| 12-CV-0733-DMS (WVG) | 12-CV-1644-DMS (WVG) |
| 12-CV-0737-DMS (WVG) | 12-CV-1646-DMS (WVG) |
| 12-CV-0739-DMS (WVG) | 12-CV-1648-DMS (WVG) |
| 12-CV-0742-DMS (WVG) | 12-CV-1649-DMS (WVG) |
| 12-CV-0858-DMS (WVG) | 12-CV-1650-DMS (WVG) |
| 12-CV-1627-DMS (WVG) | 12-CV-1651-DMS (WVG) |
| 12-CV-1629-DMS (WVG) | 12-CV-1652-DMS (WVG) |
| 12-CV-1630-DMS (WVG) | 12-CV-1653-DMS (WVG) |
| 12-CV-1631-DMS (WVG) | 12-CV-1654-DMS (WVG) |
| 12-CV-1633-DMS (WVG) | 12-CV-1655-DMS (WVG) |
| 12-CV-1634-DMS (WVG) | 12-CV-1656-DMS (WVG) |
| 12-CV-1636-DMS (WVG) | 12-CV-1659-DMS (WVG) |

<u>HON. WILLIAM V. GALLO</u>     <u>CT. DEPUTY J. YAHL</u>     <u>RPTR.            </u>

<u>Attorneys</u>

<u>Plaintiffs</u>                                                                                          <u>Defendants</u>

On August 29, 2013, this Court issued an Order Staying Dates in Current Scheduling Orders. (Doc. No. 468.) On <u>August 30, 2013</u>, at <u>1:30 p.m.</u>, this Court will hold a telephonic Status Conference to discuss this Court's Order with counsel for Plaintiff and Defense liaison counsel. The Court will initiate the call.

IT IS SO ORDERED.
DATED: August 30, 2013

*/s/ William V. Gallo*
Hon. William V. Gallo
U.S. Magistrate Judge