Gerald P. Schneeweis, State Bar No. 101331
Noushan Noureddini, State Bar No. 278512
MORRIS POLICH & PURDY LLP
600 West Broadway, Suite 500
San Diego, California 92101
Telephone:     (619) 557-0404
Facsimile:     (619) 557-0460
Email:         gschneeweis@mpplaw.com
Email:         nnoureddini@mpplaw.com

Laura Beth Miller, Illinois Bar No. 6191408
David P. Lindner, Illinois Bar No. 6283382
Joseph S. Hanasz, Illinois Bar No. 6292951
Angela K. Hsieh, Illinois Bar No. 6309278
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone:     (312) 321-4200
Facsimile:     (312) 321-4299
Email:         lmiller@brinkshofer.com
Email:         dlindner@brinkshofer.com
Email:         jhanasz@brinkshofer.com
Email:         ahsieh@brinkshofer.com
PRO HAC VICE

Attorneys for Defendant
HYATT CORPORATION

SD213036.DOCX                                1                      11-cv-1810 (Consolidated)

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC.<br><br>        Plaintiff,<br><br>v.<br><br>PIZZA HUT, INC., ET AL.,<br><br>        Defendants.<br><br>AND RELATED CASES. | Case Nos. 11-cv-1810 –DMS (WVG)<br>Consolidated with:<br>12-cv-742 JLS (NLS), 12-cv-739 JLS (NLS), 12-cv-737 JLS (NLS), 12-cv-733 JLS (NLS), 12-cv-732 JLS (NLS), 12-cv-731 JLS (NLS), 12-cv-729 JLS (NLS), 12-cv-858 JLS (NLS), 12-cv-1659 JLS (NLS), 12-cv-1656 JLS (NLS), 12-cv-1655, JLS (NLS), 12-cv-1654 JLS (NLS), 12-cv-1653 JLS (NLS), 12-cv-1652 JLS (NLS), 12-cv-1651 JLS (NLS), 12-cv-1650 JLS (NLS), 12-cv-1649 JLS (NLS), 12-cv-1648 JLS (NLS), 12-cv-1646 JLS (NLS), 12-cv-1644 JLS (NLS), 12-cv-1643 JLS (NLS), 12-cv-1642 JLS (NLS), 12-cv-1640 JLS (NLS), 12-cv-1636 JLS (NLS), 12-cv-1634 JLS (NLS), 12-cv-1633 JLS (NLS), 12-cv-1631 JLS (NLS), 12-cv-1630 (NLS), 12-cv-1629 JLS (NLS), and 12-cv-1627 JLS (NLS)<br><br>Honorable Dana M. Sabraw<br>Courtroom: 13A<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Local Rule 12.1, Plaintiff AMERANTH, INC. ("Plaintiff") and Defendant HYATT CORPORATION ("Hyatt"), through their respective counsel of record in this matter, hereby stipulate and jointly move the Court to extend Hyatt's time to respond to Plaintiff's First Amended Complaint from September 4, 2013 until September 19, 2013. On August 29, 2013, the Court issued an Order [Doc. No. 469]

1  setting a telephonic status conference for September 12, 2013 at 1:00 p.m. The parties
2  jointly request that the Court extend Hyatt's time to respond to Plaintiff's First
3  Amended Complaint to September 19, 2013 because it will allow the parties to attend
4  and consider the implications of the September 12, 2013 status conference before Hyatt
5  must file its response.

6  Dated:  August 30, 2013            Respectfully Submitted,

                                      MORRIS POLICH & PURDY LLP


                                      By: /s/ Noushan Noureddini
                                          Gerald P. Schneeweis
                                          Noushan Noureddini

                                          BRINKS HOFER GILSON & LIONE
                                          Laura Beth Miller
                                          David P. Lindner
                                          Joseph S. Hanasz
                                          Angela K. Hsieh
                                          PRO HAC VICE

                                          Attorneys for Defendant
                                          HYATT CORPORATION

16 Dated:  August 30, 2013              CALDARELLI HEJMANOWSKI &
                                        PAGE LLP


                                      By:  /s/ William J. Caldarelli
                                           William J. Caldarelli
                                           Ben West

                                           FABIANO LAW FIRM, P.C.
                                           Michael D. Fabiano

                                           OSBORNE LAW LLC
                                           John W. Osborne

                                           WATTS LAW OFFICES
                                           Ethan M. Watts
                                           Attorneys for Plaintiff
                                           AMERANTH, INC.

SD213036.DOCX                          3                    11-cv-1810 (Consolidated)
**JOINT MOTION FOR EXTENSIONOF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to all counsel and individuals named herein and that I have obtained authorization to affix their electronic signatures to this document.

Dated:  August 30, 2013                              MORRIS POLICH & PURDY LLP

                                                By:   /s/ Noushan Noureddini
                                                      Noushan Noureddini