1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., | Civil No. 11-CV-1810-DMS (WVG) |
| Plaintiff, | Consolidated with: |
| v. | 12-CV-0729-DMS (WVG) |
| | 12-CV-1640-DMS (WVG) |
| PIZZA HUT, INC.; ET AL., | 12-CV-0731-DMS (WVG) |
| | 12-CV-1642-DMS (WVG) |
| Defendants. | 12-CV-0732-DMS (WVG) |
| | 12-CV-1643-DMS (WVG) |
| | 12-CV-0733-DMS (WVG) |
| AND RELATED COUNTERCLAIMS. | 12-CV-1644-DMS (WVG) |
| | 12-CV-0737-DMS (WVG) |
| | 12-CV-1646-DMS (WVG) |
| | 12-CV-0739-DMS (WVG) |
| | 12-CV-1648-DMS (WVG) |
| | 12-CV-0742-DMS (WVG) |
| | 12-CV-1649-DMS (WVG) |
| | 12-CV-0858-DMS (WVG) |
| | 12-CV-1650-DMS (WVG) |
| | 12-CV-1627-DMS (WVG) |
| | 12-CV-1651-DMS (WVG) |
| | 12-CV-1629-DMS (WVG) |
| | 12-CV-1652-DMS (WVG) |
| | 12-CV-1630-DMS (WVG) |
| | 12-CV-1653-DMS (WVG) |
| | 12-CV-1631-DMS (WVG) |
| | 12-CV-1654-DMS (WVG) |
| | 12-CV-1633-DMS (WVG) |
| | 12-CV-1655-DMS (WVG) |
| | 12-CV-1634-DMS (WVG) |
| | 12-CV-1656-DMS (WVG) |
| | 12-CV-1636-DMS (WVG) |
| | **AGREED SUPPLEMENTAL PROTECTIVE ORDER** |
| | [DOC. NO. 446] |

On this day, the Court considered the parties' Joint Motion for Supplemental Protective Order.

THE COURT FINDS that the parties have assented to this Agreed Supplemental Protective Order as evidenced by their filing of the Joint Motion and that good cause exists for the entry of this Agreed Supplemental Protective Order.

THE COURT THEREFORE ORDERS the Protective Order previously entered in this action (Doc. No. 323) is hereby supplemented and amended to add the following provision:

17. Documents or information provided by Non-Party Apple, Inc. and designated as "APPLE HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY," in response to discovery propounded to Apple in this action will be treated as if such material was designated as "HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY" under the guidelines set forth in paragraphs 7.4 and 11(a) of the Protective Order, but shall not be disclosed to Designated House Counsel of the Receiving Party as otherwise permitted under paragraph 7.4(b) absent express written consent from Apple, Inc.

THE COURT DECREES that these supplemental terms are in addition to and do not replace the terms of the Protective Order (Doc. No. 323) entered by the Honorable Nita L. Stormes, on December 14, 2012.

IT IS SO ORDERED.

DATED: August 30, 2013

Hon. William V. Gallo
U.S. Magistrate Judge