1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   SONALI D. MAITRA (SBN 254896)
3  smaitra@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA 94111
   Telephone: 415-362-6666
5  Facsimile: 415-236-6300

6  Attorneys for Defendant
   TICKETFLY, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> TICKETFLY, INC., <br><br> Defendant. | 11CV1810 DMS (WVG)… <br> 13CV00353 DMS (WVG) <br><br> **DEFENDANT TICKETFLY, INC.'S JOINDER TO DEFENDANT STARBUCKS CORPORATION'S BRIEF ON ISSUES RE DOCKET NOS. 450, 455** <br><br> Ctrm: 13A – 13th Floor <br> Judge: Honorable Dana M. Sabraw |

| | |
|---|---|
| 1 | Defendant Ticketfly, Inc. hereby joins in Defendant Starbucks Corporation's Brief |
| 2 | on Issues re Docket Nos. 450, 455 (filed in Case No. 3:11-cv-01810-DMS-WVG), filed as |
| 3 | docket no. 503. |

Dated: September 20, 2013               DURIE TANGRI LLP

By:     */s/ Sonali D. Maitra*
MICHAEL H. PAGE
SONALI D. MAITRA

Attorneys for Defendant
TICKETFLY, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on September 20, 2013 to all current and/or opposing counsel of record, if any to date, who are deemed to have consented to electronic service via the Court's CM/ECF system per CivLR 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery upon their appearance in this matter.

*/s/ Sonali D. Maitra*
MICHAEL H. PAGE
SONALI D. MAITRA