UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Case No. 3:11-cv-01810-DMS-WVG<br><br>ORDER GRANTING JOINT MOTION OF PLAINTIFF AND DEFENDANTS TO EXTEND TIME TO ANSWER AMENDED COMPLAINTS |

Upon review and consideration of the Joint Motion of Plaintiff Ameranth, Inc. and Consolidated Defendants for extension of time to answer amended complaints, and for good cause shown, IT IS HEREBY ORDERED:

Plaintiff shall have until October 2, 2013 to re-file amended complaints that were only filed in the consolidated case in the corresponding individual cases, and Defendants shall have until October 4, 2013, to file their answers to Ameranth's amended complaints. This order applies to all pending cases in the consolidated action.

Dated: September 30, 2013

Honorable Dana M. Sabraw
United States District Judge

DOCUMENT PREPARED ON RECYCLED PAPER