JOHN A. O'MALLEY (Bar No. 101181)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:   (213) 892-9200
Facsimile:    (213) 892-9494
jomalley@fulbright.com

DAN D. DAVISON (*admitted pro hac vice*)
MARC L. DELFLACHE (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:   (214) 855-8000
Facsimile:    (214) 855-8200
ddavison@fulbright.com
mdelflache@fulbright.com

RICHARD S. ZEMBEK (*admitted pro hac vice*)
GEORGE W. JORDAN III (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:   (713) 651-5151
Facsimile:    (214) 651-5246
rzembek@fulbright.com
gjordan@fulbright.com

GILBERT A. GREENE (*admitted pro hac vice*)
SHEILA C. KADURA (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI L.L.P.**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone:   (512) 474-5201
Facsimile:    (512) 536-4598
bgreene@fulbright.com
skadura@fulbright.com

Attorneys for Defendants MICROS Systems, Inc.; Hotels.com, LP; Expedia, Inc.; StubHub, Inc.; Travelocity.com, LP; Hotwire, Inc.; OpenTable, Inc.; Kayak Software Corporation; Wanderspot LLC; TicketMaster, LLC and Live Nation Entertainment, Inc.; Hotel Tonight, Inc.; Orbitz, LLC; Fandango, Inc.

/ /

/ /

/ /

53027446.2

- 1 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Ameranth Patent Litigation | Case No. 3:11-cv-01810-DMS-WVG<br><br>**JOINT MOTION OF PLAINTIFF AND DEFENDANTS TO EXTEND TIME TO SUBMIT PROPOSED EARLY NEUTRAL EVALUATION SCHEDULE** |

Plaintiff Ameranth, Inc. and Consolidated Defendants hereby stipulate and jointly move the Court to extend to October 25, 2013 the date by which the parties shall file a proposed schedule for holding early neutral evaluation conferences.

The Court's September 30, 2013 Order Re Early Neutral Evaluation Conferences (Dkt. No. 510) ordered the parties to file by October 11, 2013 a proposed schedule for early neutral evaluation conferences. The parties seek to extend the October 11 deadline by two weeks to October 25, 2013. Due to the number of defendants, the need to coordinate the schedules of numerous individuals, and the Court's recent changes to the available dates due to its criminal calendar assignments, the parties are encountering difficulties in selecting early neutral evaluation dates in a timely manner. Further, an extension of time will not impact the timing of the early neutral evaluations, as they are not scheduled to begin until January 2014.

No prior extensions have been requested and this joint request is not made for any improper purpose.

Respectfully submitted,

| | | |
|---|---|---|
| Dated: | October 10, 2013 | FULBRIGHT & JAWORSKI L.L.P. |

By: /s/ Richard S. Zembek
   Richard S. Zembek
   George W. Jordan III
   Dan D. Davison
   Marc L. Delflache
   John A. O'Malley
   Gilbert A. Greene
   Sheila C. Kadura

**Liaison Attorneys for Defendants**

| | | |
|---|---|---|
| Dated: | October 10, 2013 | CALDARELLI HEJMANOWSKI & PAGE LLP |

By: /s/ William J. Caldarelli
   William J. Caldarelli
   Ben West

FABIANO LAW FIRM, P.C.
Michael D. Fabiano

OSBORNE LAW LLC
John W. Osborne

WATTS LAW OFFICES
Ethan M. Watts

**Attorneys for Plaintiff Ameranth, Inc.**

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to William J. Caldarelli, counsel for Ameranth, and that I have obtained Mr. Caldarelli's authorization to affix his electronic signature to this document.

/s/ Richard S. Zembek
Richard S. Zembek