JOHN A. O'MALLEY (Bar No. 101181)
**FULBRIGHT & JAWORSKI LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California  90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
john.omalley@nortonrosefulbright.com

DAN D. DAVISON (*admitted pro hac vice*)
MARC L. DELFLACHE (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:  (214) 855-8000
Facsimile:   (214) 855-8200
dan.davison@nortonrosefulbright.com
marc.delflache@nortonrosefulbright.com

RICHARD S. ZEMBEK (*admitted pro hac vice*)
**FULBRIGHT & JAWORSKI LLP**
1301 McKinney, Suite 5100
Houston, Texas 77010
Telephone:  (713) 651-5151
Facsimile:   (214) 651-5246
richard.zembek@nortonrosefulbright.com

Attorneys for Defendants PAPA JOHN'S USA, INC., EXPEDIA, INC., FANDANGO, INC., HOTEL TONIGHT, INC., HOTELS.COM, L.P., HOTWIRE, INC., KAYAK SOFTWARE CORPORATION, LIVE NATION, INC., MICROS SYSTEMS, INC., ORBITZ, LLC, STUBHUB, INC., TICKETMASTER, LLC; TRAVELOCITY.COM LP, WANDERSPOT LLC, AND OPENTABLE, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION CASES | Civil Action No. 3:11-cv-01810-DMS-WVG |
| | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT** |
| | Date:       December 13, 2013<br>Time:       1:30 p.m.<br>Location:  Courtroom 13A<br>Judge:      Hon. Dana M. Sabraw |
| | **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |



TRIAL BY JURY DEMANDED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE COURT, ALL PARTIES, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT on December 13, 2013, at 1:30 p.m. in Courtroom 13A of this Court, Defendants Expedia, Inc., Fandango, Inc., Hotel Tonight Inc., Hotwire, Inc., Hotels.com, L.P., Kayak Software Corporation, Live Nation Entertainment, Inc., Micros Systems, Inc., Orbitz, LLC, OpenTable, Inc., Papa John's USA, Inc., Stubhub, Inc., TicketMaster, LLC, Travelocity.com LP, Wanderspot LLC, Pizza Hut, Inc., Pizza Hut of America, Inc., Domino's Pizza, Inc., Domino's Pizza, LLC, Grubhub, Inc., Seamless North America, LLC, Ordr.in., Inc., Mobo Systems, Inc., Starbucks Corporation, Eventbrite, Inc., Best Western International, Inc., Hilton Resorts Corporation, Hilton Worldwide, Inc., Hilton International Co., Hyatt Corporation, Marriott International, Inc., Starwood Hotels & Resorts Worldwide, Inc., Agilysys, Inc., Usablenet, Inc., Apple Inc., O-Web Technologies Ltd., QuikOrder, Inc., TicketBiscuit, LLC, Ticketfly, Inc., and ATX Innovation, Inc. will move this Court for an order staying all proceedings in this action pending the outcome of the United States Patent and Trademark Office's review of the patents-in-suit under the Transitional Program for Covered Business Method ("CBM") Patents.

   This motion is made on the grounds that each of the four factors for determining whether to grant a stay pending CBM review strongly weigh in favor of staying this case. First, CBM review of the asserted patents will undoubtedly simplify issues for this Court and could possibly resolve this case altogether. Second, this litigation is in the early stages, and the case has not progressed to a point that a stay of the litigation is inappropriate. Third, Ameranth would not be

- 1 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

unduly prejudiced by a stay. Finally, it is unquestionable that a stay would reduce the burden on and conserve the resources of the parties and the Court.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Richard S. Zembek and attached exhibits, the pleadings, documents and records on file with the Court in this action, and any further written argument and oral argument as may be permitted by the Court.

Respectfully submitted,

Dated:   October 22, 2013

JOHN A. O'MALLEY
DAN D. DAVISON
MARC L. DELFLACHE
RICHARD S. ZEMBEK

**FULBRIGHT & JAWORSKI LLP**

By /s/ Richard S. Zembek
RICHARD S. ZEMBEK

Attorneys for Defendants, **PAPA JOHN'S USA, INC., EXPEDIA, INC., FANDANGO, INC., HOTEL TONIGHT, INC., HOTELS.COM, L.P., HOTWIRE, INC., KAYAK SOFTWARE CORPORATION, LIVE NATION ENTERTAINMENT, INC., MICROS SYSTEMS, INC., ORBITZ, LLC, STUBHUB, INC., TICKETMASTER, LLC, TRAVELOCITY.COM LP, WANDERSPOT LLC, AND OPENTABLE, INC.**

Date: October 22, 2013

LAURA BETH MILLER
DAVID P. LINDNER
JOSEPH S. HANASZ
ANGELA K. HSIEH
JAMES G. DEROUIN

**BRINKS GILSON & LIONE**

GERALD P. SCHNEEWEIS
ANDREW R. CHIVINSKI

**MORRIS POLICH & PURDY LLP**

By  s/ Laura Beth Miller
LAURA BETH MILLER

Attorneys for Defendant,
**HYATT CORPORATION**

Date: October 22, 2013

GEORGE C. YU

**SCHIFF HARDIN LLP**

By  s/ George C. Yu
GEORGE C. YU

Attorney for Defendant,
**QUIKORDER, INC.**

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | Date:  October 22, 2013 | NICK G. SAROS |
| 2 | | |
| 3 | | **JENNER & BLOCK LLP** |
| 4 | | By  s/ Nick G. Saros |
| 5 | | NICK SAROS |
| 6 | | Attorney for Defendants, |
| 7 | | **MARRIOTT INTERNATIONAL, INC.** |
| 8 | | |
| 9 | Date:  October 22, 2013 | MICHAEL H. PAGE |
|  | | SONALI D. MAITRA |
| 10 | | |
| 11 | | **DURIE TANGRI LLP** |
| 12 | | |
| 13 | | By  s/ Michael H. Page |
|  | | MICHAEL H. PAGE |
| 14 | | |
| 15 | | Attorneys for Defendant, |
|  | | **TICKETFLY, INC.** |
| 16 | | |
| 17 | Date:  October 22, 2013 | JOEL T. BERES |
| 18 | | **STITES & HARBISON, PLLC** |
| 19 | | |
| 20 | | By  s/ Joel T. Beres |
|  | | JOEL T. BERES |
| 21 | | |
| 22 | | Attorney for Defendants, |
| 23 | | **PIZZA HUT OF AMERICA, INC., AND PIZZA HUT, INC.** |

- 4 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| Date:  October 22, 2013 | DAVID M. STEIN<br>EMILY C. JOHNSON<br>KELLIE M. JOHNSON<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By  s/ David M. Stein<br>DAVID M. STEIN<br><br>Attorneys for Defendants,<br>**HILTON RESORTS CORPORATION, HILTON WORLDWIDE, INC., AND HILTON INTERNATIONAL CO.** |
| Date:  October 22, 2013 | BRIAN S. INAMINE<br>PHILIP J. BONOLI<br><br>**LECLAIRRYAN, A PROFESSIONAL ORGANIZATION**<br><br>By  s/ Brian S. Inamine<br>BRIAN S. INAMINE<br><br>Attorneys for Defendant,<br>**USABLENET INC.** |

- 5 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | Date:  October 22, 2013 | ANTHONY NIMMO |
| 2 | | BRIAN J. LUM |
| | | NICHOLAS MERKER |
| 3 | | |
| 4 | | **ICE MILLER LLP** |
| 5 | | |
| 6 | | By  s/ Anthony Nimmo |
| | | ANTHONY NIMMO |
| 7 | | |
| 8 | | Attorneys for Defendant, |
| | | **AGILYSYS, INC.** |
| 9 | | |
| 10 | Date:  October 22, 2013 | J. RICK TACHE |
| 11 | | SHAUN A. HOTING |
| | | ERIKSON C. SQUIER |
| 12 | | JENNY S. KIM |
| 13 | | |
| 14 | | **GREENBERG TAURIG, LLP** |
| 15 | | |
| 16 | | By  s/ J. Rick Taché |
| | | J. RICK TACHE |
| 17 | | |
| 18 | | Attorneys for Defendant, |
| | | **BEST WESTERN INTERNATIONAL,** |
| 19 | | **INC.** |

- 6 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | Date:  October 22, 2013 | J. RICK TACHE |
| 2 | | SHAUN A. HOTING |
| | | ERIKSON C. SQUIER |
| 3 | | JENNY S. KIM |
| 4 | | ROSS SPENCER GARSSON |

**GREENBERG TAURIG, LLP**

By  s/ J. Rick Taché
J. RICK TACHE

Attorneys for Defendant,
**ATX INNOVATION, INC. D/B/A TABBEDOUT**

Date:  October 22, 2013

MATTHEW C. BERNSTEIN
YUN LOUISE LU
PATRICK J. MCKEEVER

**PERKINS COIE LLP**

By  s/ Matthew C. Bernstein
MATTHEW C. BERNSTEIN

Attorneys for Defendant and Counterclaim-Plaintiff,
**STARBUCKS CORPORATION**

- 7 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| Date: October 22, 2013 | IAN A. STEWART<br>KELLY VAN NORT<br><br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br><br>By /s/ Ian A. Stewart<br>IAN A. STEWART<br><br>Attorneys for Defendant,<br>**ORDR.IN, INC.** |
| Date: October 22, 2013 | FRANK A. ANGILERI<br>THOMAS W. CUNNINGHAM<br>MARK A. JOTANOVIC<br><br>**BROOKS KUSHMAN P.C.**<br><br>STEPHEN S. KORNICZKY<br>REBECCA S. ROBERTS<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br><br>By s/ Thomas W. Cunningham<br>THOMAS W. CUNNINGHAM<br><br>Attorneys for Defendants,<br>**DOMINO'S PIZZA, LLC AND DOMINO'S PIZZA, INC.** |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| Date:  October 22, 2013 | TIMOTHY S. TETER<br>LOWELL D. MEAD<br>JOSE R. RODRIGUEZ<br><br>**COOLEY LLP**<br><br>By  s/ Lowell D. Mead<br>LOWELL D. MEAD<br><br>Attorneys for Defendant, **MOBO SYSTEMS, INC. A/K/A OLO A/K/A OLO ONLINE ORDERING** |
| Date:  October 22, 2013 | ROBERT C. SCHEINFELD<br>ELIOT D. WILLIAMS<br>ERIC J. FARAGI<br><br>**BAKER BOTTS L.L.P.**<br><br>By  s/ Eric J. Faragi<br>ERIC J. FARAGI<br><br>Attorneys for Defendant, **SEAMLESS NORTH AMERICA, LLC** |
| Date:  October 22, 2013 | BRIAN J. DUNNE<br>MATT OLAVI<br><br>**OLAVI DUNNE LLP**<br><br>By  s/ Brian J. Dunne<br>BRIAN J. DUNNE<br><br>Attorneys for Defendant,<br>**TICKETBISCUIT, LLC** |

- 9 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | Date: October 22, 2013 | KONRAD SHERINIAN |
| 2 | | |
| 3 | | **LAW OFFICES OF KONRAD SHERINIAN** |
| 4 | | |
| 5 | | DAVID LESHT |
| 6 | | **LAW OFFICES OF EUGENE M. CUMMINGS P.C.** |
| 7 | | |
| 8 | | LESLEY W. ROBERTSON |
| 9 | | **ROBERTS & ASSOCIATES, APC** |
| 10 | | |
| 11 | | WILLIAM J. CALDARELLI |
| 12 | | **CALDARELLI HEJMANOWSKI & PAGE LLP** |
| 13 | | |
| 14 | | |
| 15 | | By  s/ Konrad Sherinian<br>KONRAD SHERINIAN |
| 16 | | |
| 17 | | Attorneys for Defendant, **GRUBHUB, INC.** |
| 18 | | |
| 19 | Dated: October 22, 2013 | JOHN GUARAGNA<br>JESSE HINDMAN<br>ROB WILLIAMS |
| 20 | | |
| 21 | | |
| 22 | | **DLA PIPER LLP (US)** |
| 23 | | By  s/ Jesse Hindman<br>JESSE HINDMAN |
| 24 | | |
| 25 | | Attorneys for Defendant, **STARWOOD HOTELS & RESORTS WORLDWIDE, INC.** |
| 26 | | |
| 27 | | |
| 28 | | - 10 - |

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

| | | |
|---|---|---|
| 1 | Dated: October 22, 2013 | MARK D. FOWLER |
| 2 | | ERIN P. GIBSON |
| 3 | | JESSE HINDMAN |
| | | ROB WILLIAMS |
| 4 | | |
| 5 | | **DLA PIPER LLP (US)** |
| 6 | | By  s/ Erin P. Gibson |
| 7 | | ERIN P. GIBSON |
| 8 | | Attorneys for Defendant, **APPLE INC.** |
| 9 | | |
| 10 | Dated: October 22, 2013 | ERIN P. GIBSON |
| | | JESSE HINDMAN |
| 11 | | ROB WILLIAMS |
| 12 | | **DLA PIPER LLP (US)** |
| 13 | | By  s/ Erin P. Gibson |
| 14 | | ERIN P. GIBSON |
| 15 | | Attorneys for Defendant, **EVENTBRITE, INC.** |
| 16 | | |
| 17 | Date: October 22, 2013 | ARTHUR P. LICYGIEWICZ |
| | | **THOMPSON HINE LLP** |
| 18 | | |
| 19 | | DEAN T. JANIS |
| 20 | | **JANIS LAW GROUP, APC** |
| 21 | | By  s/ Arthur P. Licygiewicz |
| 22 | | ARTHUR P. LICYGIEWICZ |
| 23 | | Attorneys for Defendant, |
| 24 | | **O-WEB TECHNOLOGIES LTD.** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 11 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER

# CERTIFICATION OF SIGNATURES

The undersigned hereby certifies, pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures Manual § 2(f)(4), that the content of this document is acceptable to Laura Beth Miller, Counsel for HYATT CORPORATION; George C. Yu, Counsel for QUIKORDER, INC.; Nick G. Saros, Counsel for MARRIOTT INTERNATIONAL, INC., ET AL.; Michael H. Page, Counsel for TICKETFLY, INC.; Joel T. Beres, Counsel for PIZZA HUT OF AMERICA, INC., AND PIZZA HUT, INC.; David M. Stein, Counsel for HILTON RESORTS CORPORATION, HILTON WORLDWIDE, INC., AND HILTON INTERNATIONAL CO.; Brian S. Inamine, Counsel for USABLENET INC.; Anthony Nimmo, Counsel for AGILYSYS, INC.; J. Rick Taché, Counsel for BEST WESTERN INTERNATIONAL, INC.; J. Rick Taché, Counsel for ATX INNOVATION, INC. D/B/A TABBEDOUT; Matthew C. Bernstein, Counsel for STARBUCKS CORPORATION; Ian A. Stewart, Counsel for ORDR.IN, INC.; Thomas W. Cunningham, Counsel for DOMINO'S PIZZA, LLC AND DOMINO'S PIZZA, INC.; Lowell D. Mead, Counsel for MOBO SYSTEMS, INC. A/K/A OLO A/K/A OLO ONLINE ORDERING; Eric J. Faragi, Counsel for SEAMLESS NORTH AMERICA, LLC; Brian J. Dunne, Counsel for TICKETBISCUIT, LLC; Konrad Sherinian, Counsel for GRUBHUB, INC.; Jesse Hindman, Counsel for STARWOOD HOTELS & RESORTS WORLDWIDE, INC.; Erin P. Gibson, Counsel for APPLE, INC.; ERIN P. GIBSON, Counsel for EVENTBRITE, INC.; and ARTHUR P. LICYGIEWICZ, Counsel for O-WEB TECHNOLOGIES LTD., and that I have obtained their authorizations to affix their electronic signatures to this document.

By   /s/ Richard S. Zembek
     Richard S. Zembek

Attorneys for Defendants PAPA JOHN'S USA, INC., EXPEDIA, INC., FANDANGO, INC., HOTEL TONIGHT, INC., HOTELS.COM, L.P., HOTWIRE, INC., KAYAK SOFTWARE CORPORATION, LIVE NATION ENTERTAINMENT, INC., MICROS SYSTEMS, INC., ORBITZ, LLC, STUBHUB, INC., TICKETMASTER, LLC; TRAVELOCITY.COM LP, WANDERSPOT LLC, AND OPENTABLE, INC.

Email: richard.zembek@nortonrosefulbright.com

DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY UNDER SECTION 18(B) OF THE LEAHY-SMITH AMERICA INVENTS ACT

DOCUMENT PREPARED ON RECYCLED PAPER