Richard A. Clegg (SBN 211213)
LAW OFFICE OF RICHARD CLEGG, P.C.
501 West Broadway, Suite 800
San Diego, CA 92101
(619) 400-4920
rick@rclegglaw.com

Robert C. Scheinfeld
Eric J. Faragi
BAKER BOTTS L.L.P.
30 Rockefeller Plaza, 44th floor
New York, NY 10112
(212) 408-2500
robert.scheinfeld@bakerbotts.com
eric.faragi@bakerbotts.com

Attorneys for Defendant
GRUBHUB, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> PIZZA HUT, INC., ET AL., <br><br> Defendants. | Case No. 3:11-cv-01810-DMS-WVG <br><br> **NOTICE OF APPEARANCE OF ERIC J. FARAGI** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　**PLEASE TAKE NOTICE** that Eric J. Faragi of Baker Botts LLP will be appearing as counsel for Defendant GRUBHUB, INC. in this action.  Mr. Faragi's e-mail address is eric.faragi@bakerbotts.com and his main office phone number is 212-408-2500.

Respectfully submitted,

DATED:   November 26, 2013　　　　　　BAKER BOTTS L.L.P.

By:   _/s/ Eric J. Faragi_
　　　　Eric J. Faragi

Attorney for Defendant
GRUBHUB, INC.
E-mail: eric.faragi@bakerbotts.com

1

## CERTIFICATE OF ELECTRONIC SERVICE

2

     I hereby certify that on November 26, 2013, the foregoing document was filed

3

electronically filed with the Clerk of Court using the CM/ECF system, and will be served

4

electronically to designated CM/ECF participant counsel through the Court's electronic filing

5

system.

6

7

DATED:   November 26, 2013          BAKER BOTTS L.L.P.

8

                         By:   */s/ Eric J. Faragi*
                                 Eric J. Faragi

9

                         Attorney for Defendant
GRUBHUB, INC.

10

                         E-mail: eric.faragi@bakerbotts.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF ERIC J. FARAGI               3:11-CV-01810-DMS-WVG