Les W. Robertson (SBN 140796)
**Robertson & Associates, APC**
655 West Broadway, Suite 1410
San Diego, CA  92101
Tel: (619) 531-7000
Fax: (619) 531-7007
E-mail:  lrobertson@robertsonapc.com

Konrad Sherinian (*Pro Hac Vice*)
**The Law Offices of Konrad Sherinian, LLC**
1755 Park Street, Suite 200
Naperville, IL 60563
Tel: (630) 318-2606
Fax: (630) 318-2605

David Lesht (*Pro Hac Vice*)
**The Law Offices of Eugene M. Cummings PC**
1 N. Wacker Drive, Suite 4130
Chicago, IL 60606
Tel: (312) 984-0144
Fax: (312) 984-0146

Attorneys for Defendant GrubHub, Inc.

## UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERANTH, INC. | Civil Action No.:  11cv1810 DMS-WVG [and consolidated cases] |
| Plaintiff, | |
| v. | [Complaint filed August 15, 2011] |
| PIZZA HUT, INC., et al. | ***EX PARTE* MOTION TO WITHDRAW COUNSEL (DAVID LESHT)** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

///

///

1     (11-CV-1810 and consolidated cases)

***EX PARTE* MOTION TO WITHDRAW COUNSEL**

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that pursuant to Local Rule 83.3, The Law Offices of Eugene M. Cummings PC and attorney David Lesht hereby move to withdraw as co-counsel for Defendant GrubHub, Inc.  Plaintiff Ameranth, Inc. does not oppose this motion.  Defendant GrubHub, Inc. does not object and will continue to be represented by other existing counsel of record.

DATED: December 9, 2013.  THE LAW OFFICES OF EUGENE CUMMINGS PC

           By:  \_\_s/ David Lesht_____
               David Lesht (*Pro Hac Vice*)
               The Law Offices of Eugene M. Cummings PC
               1 N. Wacker Drive, Suite 4130
               Chicago, IL 60606
               Tel: (312) 984-0144
               Fax: (312) 984-0146

               Attorneys for Defendant GRUBHUB, INC.

*EX PARTE* **MOTION TO WITHDRAW COUNSEL**

# CERTIFICATE OF SERVICE AND DECLARATION OF SERVICE PURSUANT TO LOCAL RULE 83.3

I hereby certify that on December 9, 2013, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notices.

In addition, pursuant to Local Rule 83.3, I caused the foregoing to be served on Defendant GrubHub, Inc.:

Ethel Spyratos, Esq.
GrubHub, Inc.
111 West Washington Street
Chicago, Ill. 60602

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 9, 2013 at Chicago, Illinois.

                                                s/ David Lesht
                                                Attorney for Defendant GrubHub, Inc.
                                                Email:  dlesht@emcpc.com