| | |
|---|---|
| 1 | **CALDARELLI HEJMANOWSKI PAGE & LEER LLP** |
| 2 | William J. Caldarelli (SBN #149573) |
|   | Ben West (SBN #251018) |
| 3 | 12340 El Camino Real, Suite 430 |
| 4 | San Diego, CA  92130 |
|   | Telephone: (858) 720-8080 |
| 5 | wjc@chpllaw.com; dbw@chpllaw.com |
| 6 | Attorneys for Plaintiff Ameranth, Inc. |
| 7 | Additional counsel for Plaintiff listed below. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Lead Case No. 11cv1810 DMS (WVG) |
|   | **JOINT MOTION TO EXTEND TIME TO INITIATE DISCOVERY CONFERENCE REGARDING THE PRODUCTION OF SOURCE CODE** |
|   | Complaint Filed:  August 15, 2011 |

**JOINT MOTION TO EXTEND TIME TO INITIATE DISCOVERY CONFERENCE REGARDING THE PRODUCTION OF SOURCE CODE**         **11-cv-01810-DMS-WVG**

1  **Additional counsel for Plaintiff Ameranth, Inc.:**

2  **FABIANO LAW FIRM, P.C.**
3  Michael D. Fabiano (SBN #167058)
4  12526 High Bluff Drive, Suite 300
San Diego, CA  92130
5  Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com
6

7  **OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
8  33 Habitat Lane
9  Cortlandt Manor, NY 10567
10  Telephone: (914) 714-5936
josborne@osborneipl.com

11
12  **WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
13  12340 El Camino Real, Suite 430
14  San Diego, CA  92130
Telephone: (858) 509-0808
15  Facsimile: (619) 878-5784
16  emw@ewattslaw.com

17  **WITKOW BASKIN**
18  Brandon Witkow (SBN 210443)
21031 Ventura Blvd., Suite 603
19  Woodland Hills, CA 91364
20  Tel: (818)296-9508
Fax: (818)296-9510
21  bw@witkowlaw.com

22

23

24

25

26

27

28
**JOINT MOTION TO EXTEND TIME TO INITIATE DISCOVERY CONFERENCE
REGARDING THE PRODUCTION OF SOURCE CODE          11-cv-01810-DMS-WVG**

## INTRODUCTION

Ameranth, Inc. ("Ameranth") and Oracle Corporation ("Oracle") jointly move the Court for a thirty (30) day extension of time to initiate any necessary discovery conference with the Court pursuant to the Court's Chamber Rules regarding Oracle's production of source code.

## BACKGROUND

Pursuant to the Court's Amended Case Management Order, Oracle was directed to begin making source code for its accused system available for inspection on April 7, 2017. Ameranth's expert consultant conducted an initial review of the source code on April 27, 2017. During Ameranth's initial review of the source code and review computer and tools provided, Ameranth's consultant encountered certain problems and issues. These problems and issues were communicated to counsel for Oracle, and the parties are actively working on resolving them in order that Ameranth's review of the source code may proceed. Additional substantial review of the source code is still required.

In order to provide the parties with sufficient time to resolve these issues and problems and for Ameranth to proceed with review of Oracle's source code, Ameranth and Oracle are hereby jointly requesting a 30 day extension of time to any deadline for initiating a discovery dispute with the Court regarding the source code production under the Court's Chamber Rules. The extension is of the same length previously granted by the Court to all defendants to initiate any discovery motions regarding Ameranth's Infringement Contentions.

## CONCLUSION

Based on the foregoing, Ameranth and Oracle jointly request that the Court grant a thirty (30) day extension of time to initiate discovery conference with the Court regarding Oracle's production of source code.

Respectfully submitted,

Dated: May 3, 2017         CALDARELLI HEJMANOWSKI PAGE & LEER LLP


By: /s/ William J. Caldarelli
William J. Caldarelli
Attorneys for Ameranth, Inc.

Dated: May 3, 2017         WEIL, GOTSHAL & MANGES LLP


By: /s/ Brian Chang
Brian Chang
Attorneys for Oracle Corporation

---

**JOINT MOTION TO EXTEND TIME TO INITIATE DISCOVERY CONFERENCE REGARDING THE PRODUCTION OF SOURCE CODE          11-cv-01810-DMS-WVG**

2