UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: AMERANTH CASES | Consolidated Case No. 11-CV-1810-DMS(WVG) <br><br> Member Case Nos.: <br> 11-CV-1810-DMS(WVG)   12-CV-1643-DMS(WVG) <br> 12-CV-0729-DMS(WVG)   12-CV-1644-DMS(WVG) <br> 12-CV-0731-DMS(WVG)   12-CV-1646-DMS(WVG) <br> 12-CV-0732-DMS(WVG)   12-CV-1648-DMS(WVG) <br> 12-CV-0733-DMS(WVG)   12-CV-1649-DMS(WVG) <br> 12-CV-0737-DMS(WVG)   12-CV-1650-DMS(WVG) <br> 12-CV-0739-DMS(WVG)   12-CV-1651-DMS(WVG) <br> 12-CV-0742-DMS(WVG)   12-CV-1652-DMS(WVG) <br> 12-CV-0858-DMS(WVG)   12-CV-1653-DMS(WVG) <br> 12-CV-1627-DMS(WVG)   12-CV-1654-DMS(WVG) <br> 12-CV-1629-DMS(WVG)   12-CV-1655-DMS(WVG) <br> 12-CV-1630-DMS(WVG)   12-CV-1656-DMS(WVG) <br> 12-CV-1631-DMS(WVG)   12-CV-2350-DMS(WVG) <br> 12-CV-1633-DMS(WVG)   13-CV-0350-DMS(WVG) <br> 12-CV-1634-DMS(WVG)   13-CV-0352-DMS(WVG) <br> 12-CV-1636-DMS(WVG)   **13-CV-0353-DMS(WVG)** <br> 12-CV-1640-DMS(WVG)   13-CV-1072-DMS(WVG) <br> 12-CV-1642-DMS(WVG)   14-CV-1303-DMS(WVG) <br><br> **ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER [Doc. No. 724]** |
|---|---|

Plaintiff Ameranth, Inc. ("Ameranth") and Defendant Ticketfly, Inc. ("Ticketfly") ask that the Court enter an Order stating that the Protective Order Governing Confidential Information for Consolidated Cases ("Protective Order") issued in the Lead Case as Docket No. 323 applies to the action filed by Ameranth on February 13, 2013 in this District as *Ameranth, Inc. v. Ticketfly, Inc.*, No. 13-CV-353-DMS(WVG) ("Ticketfly Case"). The Ticketfly Case is a member case of the consolidated action above. Accordingly, the Protective Order applies to Ticketfly and the Ticketfly Case.

IT IS SO ORDERED.

DATED: May 15, 2017

Hon. William V. Gallo
United States Magistrate Judge