**CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
William J. Caldarelli (SBN #149573)
Ben West (SBN # 251018)
12340 El Camino Real, Suite 430
San Diego, CA 92130
Telephone: (858) 720-8080
Facsimile: (858) 720-6680
wjc@chplawfirm.com
dbw@chplawfirm.com

Attorneys for Plaintiff Ameranth, Inc.
Additional counsel for Plaintiff listed below

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Lead Case No. 11cv1810 DMS (WVG)<br><br>**NOTICE OF WITHDRAWAL (WITHOUT PREJUDICE) OF AMERANTH'S MOTION TO STRIKE THE EXCESSIVE OBVIOUSNESS COMBINATIONS IN THE INVALIDITY EXPERT REPORTS OF STEVEN R. KURSH, PH.D., STEPHEN GRAY, AND ALEX C. SNOEREN, PH.D.**<br><br>DATE: May 18, 2018<br>TIME: 1:30 PM<br>DEPT: Courtroom 13A<br>JUDGE: Hon. Dana M. Sabraw |

**NOTICE OF WITHDRAWAL OF MOTION TO STRIKE EXCESSIVE OBVIOUSNESS COMBINATIONS IN INVALIDITY EXPERT REPORTS OF STEVEN R. KURSH, STEPHEN GRAY & ALEX C. SNOEREN**   Case No. 3:11-cv-1810-DMS-WVG

**Additional counsel for Plaintiff Ameranth, Inc.:**

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone: (858) 509-0808
Facsimile: (619) 878-5784
emw@ewattslaw.com

**WITKOW | BASKIN**
Brandon J. Witkow (SBN 210443)
Erin C. Witkow (SBN 216994)
Cory A. Baskin (SBN 240517)
21031 Ventura Boulevard, Suite 603
Woodland Hills, California 91364
Tel:    818.296.9508
bw@witkowlaw.com
ew@witkowlaw.com
cb@witkowlaw.com

**NOTICE OF WITHDRAWAL OF MOTION TO STRIKE EXCESSIVE OBVIOUSNESS COMBINATIONS IN INVALIDITY EXPERT REPORTS OF STEVEN R. KURSH, STEPHEN GRAY & ALEX C. SNOEREN**    Case No. 3:11-cv-1810-DMS-WVG

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Ameranth, Inc. hereby withdraws, without prejudice, its Motion To Strike The Excessive Obviousness Combinations In The Invalidity Expert Reports Of Steven R. Kursh, Ph.D., Stephen Gray, and Alex C. Snoeren, Ph.D. filed on 3/28/18 - Docket No. 994.

Dated: April 2, 2018              Respectfully submitted,

CALDARELLI HEJMANOWSKI PAGE & LEER LLP

By: /s/ William J. Caldarelli
    William J. Caldarelli
    Attorneys for Ameranth, Inc.

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 2, 2018, I served a copy of the following document(s):

NOTICE OF WITHDRAWAL (WITHOUT PREJUDICE) OF AMERANTH'S MOTION TO STRIKE THE EXCESSIVE OBVIOUSNESS COMBINATIONS IN THE INVALIDITY EXPERT REPORTS OF STEVEN R. KURSH, PH.D., STEPHEN GRAY, AND ALEX C. SNOEREN, PH.D.

☒ By CM/ECF: Pursuant to controlling General Orders, and in accordance with the local rules and procedures of this court, I filed the foregoing documents through the court's CM/ECF system, which will generate and send an NEF and hyperlink to the document to all registered users in this case.

☒ FEDERAL: I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that such service was made at the direction of a member of the Bar of this court.

SEE ATTACHED SERVICE LIST

Executed on April 2, 2018 at San Diego, California.

Alice Kerckhoff, ACP
aak@chpllaw.com

**SERVICE LIST**

| COUNSEL | DEFENDANT | COUNSEL E-MAIL |
|---|---|---|
| ANTHONY NIMMO<br>BRIAN LUM<br>JOHN WYNNE<br>NICHOLAS MERKER<br>JONATHAN L. PETTIT<br>MICHAEL J. HOPKINS<br>FREDERICK A. TECCE | AGILSYS, INC. | anthony.nimmo@icemiller.com<br>brian.lum@icemiller.com<br>wynne@dsmw.com<br>nicholas.merker@icemiller.com<br>pettit@dsmw.com<br>michael.hopkins@icemiller.com<br>fred.tecce@icemiller.com |
| JACOB ANDERSON<br>MARK FOWLER<br>ERIN GIBSON<br>ROBERT C. WILLIAMS | APPLE, INC. | jacob.anderson@dlapiper.com<br>mark.fowler@dlapiper.com<br>erin.gibson@dlapiper.com<br>robert.williams@dlapiper.com |
| LAWRENCE HILTON<br>STEPHEN LOBBIN<br>JEFFREY G. TOLER<br>NATALIE TAYLOR<br>DAVID DUNHAM | ATX INNOVATION, INC. | lhilton@onellp.com<br>slobbin@onellp.com<br>jtoler@tlgiplaw.com<br>ntaylor@taylordunham.com<br>ddunham@taylordunham.com |
| ERIKSON SQUIER<br>LEANNA COSTANTINI<br>ROGER LEONARD SCOTT<br>J. RICK TACHE' | BEST WESTERN INTERNATIONAL, INC. | rscott@buchalter.com<br>slamarr@buchalter.com<br>rtache@buchalter.com |
| FRANK ANGILERI<br>STEPHEN S. KORNICZKY<br>THOMAS CUNNINGHAM<br>MARK A. JOTANOVIC<br>JOHN P. RONDINI<br>E.J. BROOKS | DOMINO'S PIZZA;<br>DOMINO'S PIZZA, INC. | fangileri@brookskushman.com<br>skorniczky@sheppardmullin.com<br>tcunningham@brookskushman.com<br>mjotanovic@brookskushman.com<br>jrondini@brookskushman.com<br>ejbrooks@brookskushman.com |
| ERIN GIBSON<br>ROBERT C. WILLIAMS | EVENTBRITE, INC. | erin.gibson@dlapiper.com<br>robert.williams@dlapiper.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | EXPEDIA, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |

CERTIFICATE OF SERVICE                Case No. 3:11-cv-01810 DMS (WVG)

| COUNSEL | DEFENDANT | COUNSEL E-MAIL |
|---|---|---|
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | FANDANGO | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| ELIOT WILLIAMS<br>ERIC FARAGI<br>ROBERT SCHEINFIELD | GRUBHUB HOLDINGS fka GRUBHUB, INC. | eliot.williams@bakerbotts.com<br>eric.faragi@bakerbotts.com<br>robert.scheinfeld@bakerbotts.com<br>michael.knierim@bakerbotts.com<br>margaret.welsh@BakerBotts.com<br>chris.maier@bakerbotts.com<br>steven.liquori@BakerBotts.com |
| DAVID STEIN<br>JOHN M. GUARAGNA | HILTON RESORTS CORPORATION; HILTON WORLDWIDE, INC.; HILTON INTERNATIONAL | DStein@ggtriallaw.com<br>john.guaragna@dlapiper.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | HOTEL TONIGHT, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | HOTELS.COM | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | HOTWIRE, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |

| COUNSEL | DEFENDANT | COUNSEL E-MAIL |
|---|---|---|
| DAVID PAUL LINDNER<br>GERALD SCHNEEWEIS<br>LAURA BETH MILLER<br>JAMES M. OEHLER<br>JAMES DONNELLY<br>ERIK M. BOKAR | HYATT CORPORATION | dlindner@brinksgilson.com<br>gschneeweis@mpplaw.com<br>lmiller@brinksgilson.com<br>joehler@brinksgilson.com<br>jdonnelly@brinksgilson.com<br>ebokar@brinksgilson.com |
| ANDREW WARNECKE<br>BRIAN R. ORR<br>VICTOR METROFF | IPDEV CO. | awarnecke@lowis-gellen.com<br>borr@lowis-gellen.com<br>vmetroff@lowis-gellen.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | KAYAK SOFTWARE CORP. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | LIVE NATION, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| STEVEN P. RICE<br>MICHAEL BABBIT<br>NICK SAROS<br>DAVID A. GOMEZ | MARRIOTT HOTEL SERVICES, INC.; MARRIOTT INTERNATIONAL, INC.; RENAISSANCE HOTEL OPERATING COMPANY; THE RITZ CARLTON HOTEL COMPANY, LLC | srice@crowell.com<br>mbabbitt@jenner.com<br>nsaros@jenner.com<br>dgomez@jenner.com |
| DANE VORIS<br>LOWELL MEAD<br>AZADEH R. MORRISON<br>MATTHEW E. BUCCELLATO | MOBO SYSTEMS, INC. dka OLO aka OLO ONLINE ORDERING | dvoris@cooley.com<br>lmead@cooley.com<br>amorrison@cooley.com<br>mbuccellato@cooley.com |
| PATRICK J. HAGAN | NAAMA NETWORKS, INC. | phagan@foxrothschild.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY | OPENTABLE, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com |

CERTIFICATE OF SERVICE         Case No. 3:11-cv-01810 DMS (WVG)

| COUNSEL | DEFENDANT | COUNSEL E-MAIL |
|---|---|---|
| BRANDY NOLAN<br>TAYLOR N. MAUZE | OPENTABLE, INC. | brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| BRIAN CHANG<br>AMANDA BRANCH | ORACLE CORPORATION | Oracle.Ameranth.Weil.Service@weil.com<br>brian.chang@weil.com<br>Amanda.branch@weil.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN | ORBITZ | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com |
| PATRICK J. HAGAN | ORDR.IN, INC. | phagan@foxrothschild.com |
| ARTHUR LICYGIEWICZ<br>DEAN JANIS<br>DEVAL R. ZAVERI | O-WEB TECHNOLOGIES LTD. | Art.Licygiewicz@ThompsonHine.com<br>dean.janis@janislaw.com<br>dev@zaveritabb.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | PAPA JOHN'S USA, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| JOEL T. BERES<br>GEORGE CHIN-LUN YU<br>CHRISTINE FELLER<br>THOMAS RAMMER<br>RAZAK YEKRANG-MOSS<br>CHRISTOPHER BRUNO<br>MELISSA H. SMITH | PIZZA HUT OF AMERICA, INC.; PIZZA HUT, INC. and QUIKORDER, INC. | jberes@stites.com<br>gyu@schiffhardin.com<br>cfeller@schiffhardin.com<br>trammer@schiffhardin.com<br>RYekrang-Moss@schiffhardin.com<br>cbruno@schiffhardin.com<br>Melissa.smith@stites.com |
| ARTHUR LICYGIEWICZ<br>DEAN JANIS | SPLICK-IT INC. | Art.Licygiewicz@ThompsonHine.com<br>dean.janis@janislaw.com |
| MATHEW BERNSTEIN<br>PATRICK McKEEVER<br>YUN LOUISE LU<br>JOHN D. ESTERHAY | STARBUCKS CORPORATION | mbernstein@perkinscoie.com<br>pmckeever@perkinscoie.com<br>llu@perkinscoie.com<br>jesterhay@perkinscoie.com |
| ROBERT C. WILLIAMS<br>JOHN GUARAGNA | STARWOOD HOTELS & RESORTS WORLDWIDE, INC. | robert.williams@dlapiper.com<br>john.guaragna@dlapiper.com |

CERTIFICATE OF SERVICE                Case No. 3:11-cv-01810 DMS (WVG)

| COUNSEL | DEFENDANT | COUNSEL E-MAIL |
|---|---|---|
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | STUBHUB, INC. | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| MARC KARISH | TICKETBISCUIT, LLC | marc.karish@kb-ip.com |
| ERIN GIBSON | TICKETFLY, INC. | erin.gibson@dlapiper.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | TICKETMASTER, LLC | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| DAN DAVISON<br>GEORGE JORDAN, III<br>RICHARD ZEMBEK<br>JOHN A. O'MALLEY<br>STEPHANIE DEBROW<br>MARWAN ELRAKABAWY<br>BRANDY NOLAN<br>TAYLOR N. MAUZE | TRAVELOCITY.COM LP | dan.davison@nortonrosefulbright.com<br>george.jordan@nortonrosefulbright.com<br>richard.zembek@nortonrosefulbright.com<br>john.omalley@nortonrosefulbright.com<br>Stephanie.debrow@nortonrosefulbright.com<br>Marwan.elrakabawy@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com<br>taylor.mauze@nortonrosefulbright.com |
| ANDREW ZAPPIA<br>BRIAN VANDERHOOF | USABLENET, INC. | andrew.zappia@leclairryan.com<br>Brian.Vanderhoof@leclairryan.com |