Stephen S. Korniczky, Esq. (SBN 135532)
skorniczky@sheppardmullin.com
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
Telephone: (858) 720-8900
Facsimile:  (858) 720-4882

Frank A. Angileri (*Pro Hac Vice*)
fangileri@brookskushman.com
Thomas W. Cunningham (*Pro Hac Vice*)
tcunningham@brookskushman.com
1000 Town Center, Twenty-Second Floor
Southfield, MI  48075-1238
Telephone: (248) 358-4400
Facsimile:   (248) 358-3351

Attorneys for Defendants
DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Lead Case No.: 3:11-cv-01810-DMS-WVG<br><br>**DOMINO'S NOTICE OF MOTION AND MOTION TO STRIKE THE DECLARATIONS OF DR. SAM MALEK, DR. MICHAEL SHAMOS, AND MICHEL CARDINAL THAT WERE FILED IN SUPPORT OF AMERANTH'S OPPOSITION TO DOMINO'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Judge:     Hon. Dana M. Sabraw<br>Date:      July 20, 2018<br>Time:      1:30 PM<br>Location:  Courtroom 13A |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on July 20, 2018 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dana M. Sabraw in Courtroom 13A located at 333 West Broadway, San Diego, CA 92101, Domino's LLC and Domino's Pizza, Inc., (collectively "Domino's") will and do hereby move to strike the Declarations of Sam Malek, Michael Shamos, and Michel Cardinal that were filed in support of Ameranth's Opposition to Domino's Motion for Summary Adjudication.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points & Authorities, any supporting declarations, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated:  July 13, 2018                    Respectfully submitted,

By:/s/ Thomas W. Cunningham
    Frank A. Angileri (*Pro Hac Vice*)
    fangileri@brookskushman.com
    Thomas W. Cunningham (*Pro Hac Vice*)
    tcunningham@brookskushman.com
    1000 Town Center, Twenty-Second Floor
    Southfield, MI  48075-1238
    Telephone: (248) 358-4400
    Facsimile:  (248) 358-3351

    William E. Thomson, Jr. (SBN 47195)
    wthomson@brookskushman.com
    BROOKS KUSHMAN P.C.
    601 S. Figueroa St., Suite 2080
    Los Angeles, CA  90017-5726
    Telephone (213) 622-3003
    Facsimile: (213) 622-3053

| | |
|---|---|
| 1 | Stephen S. Korniczky, Esq. (SBN 135532) |
| 2 | skorniczky@sheppardmullin.com |
| | Sheppard Mullin Richter & Hampton LLP |
| 3 | 12275 El Camino Real, Suite 200 |
| | San Diego, CA 92130-2006 |
| 4 | Telephone: (858) 720-8900 |
| | Facsimile:  (858) 720-4882 |
| 5 | |
| 6 | *Attorneys* for *Defendants DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on July 13, 2018, with a copy of this document via the Court's CM/ECF system per Local Rules.  Any other counsel will be served by electronic mail, facsimile, overnight delivery and/or first class mail on this date.

By: /s/ Thomas W. Cunningham
*Attorneys* for *Defendants DOMINO'S PIZZA, LLC and DOMINO'S PIZZA, INC.*