# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Lead Case No.: 3:11-cv-01810-DMS-WVG<br><br>**EXHIBIT 1 – DOMINO'S MOTION TO STRIKE THE DECLARATIONS OF DR. SAM MALEK, DR. MICHAEL SHAMOS, AND MICHEL CARDINAL THAT WERE FILED IN SUPPORT OF AMERANTH'S OPPOSITION TO DOMINO'S MOTION FOR SUMMARY ADJUDICATION** |

| | |
|---|---|
| 1 | **CALDARELLI HEJMANOWSKI PAGE & LEER LLP** |
| | William J. Caldarelli (SBN #149573) |
| 2 | Ben West (SBN #251018) |
| | 12340 El Camino Real, Suite 430 |
| 3 | San Diego, CA  92130 |
| | Telephone: (858) 720-8080 |
| 4 | wjc@chpllaw.com; dbw@chpllaw.com |
| | Attorneys for Plaintiff Ameranth, Inc. |
| 5 | Additional counsel for Plaintiff listed below. |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Lead Case No. 11cv1810 DMS (WVG) |
| | **FIRST DESIGNATION OF EXPERT WITNESSES BY AMERANTH, INC. (PIZZA GROUP DEFENDANTS)** |

**Additional counsel for Plaintiff Ameranth, Inc.:**

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA 92130
Telephone: (858) 509-0808
Facsimile: (619) 878-5784
emw@ewattslaw.com

**WITKOW BASKIN**
Brandon Witkow (SBN 210443)
21031 Ventura Blvd., Suite 603
Woodland Hills, CA 91364
Tel: (818)296-9508
Fax: (818)296-9510
bw@witkowlaw.com

---

**FIRST DESIGNATION OF EXPERT WITNESSES BY AMERANTH, INC.**
**11-cv-01810-DMS-WVG**

Pursuant to Section 1(b) of the Court's Case Management Conference Order (Document 898), Ameranth. Inc. ("Ameranth") hereby designates the following witness to provide expert testimony in the <u>Ameranth v. Pizza Group Defendants</u> matters in this consolidated litigation:

**Witness:**

Michael I. Shamos, Ph.D., J.D.

605 Devonshire Street

Pittsburgh, PA 15213

412-681-8398

**Rates:**

Dr. Shamos charges $550.00 per hour for expert witness services.

**Anticipated Subject of Expert Testimony:**

Ameranth anticipates that Dr. Shamos will offer expert testimony on the following topics:

- Enforceability and validity of the '077 patent
- Defendants' infringement of the '077 patent

**Witness:**

Sam Malek, Ph.D.

5226 Donald Bren Hall

University of California, Irvine

Irvine, CA  92697-3440

949-824-0639

**Rates:**

Dr. Malek charges $600 per hour for expert witness services.

**Anticipated Subject of Expert Testimony:**

Ameranth anticipates that Dr. Malek will offer expert testimony on the following topic:

- Enforceability and validity of the '077 patent
- Defendants' infringement of the '077 patent

**Witness:**

Jeffrey F. Brown, Ph.D.

Bates White

12264 El Camino Real, Suite 406

San Diego, CA  92130

(858) 523-2163

**Rates:**

Dr. Brown charges $750.00 per hour for expert witness services.

**Anticipated Subject of Expert Testimony:**

Ameranth anticipates that Mr. Brown will offer expert testimony on the following topics:

- Determination of a reasonable royalty for patent infringement and quantification of damages

Ameranth reserves the right to amend this designation as provided in the Local Rules and pursuant to the Court's Case Management Conference Order dated December 11, 2017.  Furthermore, each of the expert witnesses may testify

in rebuttal to the Defendants' experts' testimony on matters with the scope of their field of expertise.

Dated: February 12, 2018    CALDARELLI HEJMANOWSKI PAGE & LEER LLP

By: /s/ William J. Caldarelli
    William J. Caldarelli
    Ben West

    FABIANO LAW FIRM, P.C.
    Michael D. Fabiano

    OSBORNE LAW LLC
    John W. Osborne

    WATTS LAW OFFICES
    Ethan M. Watts

    WITKOW | BASKIN
    Brandon J. Witkow
    Cory A. Baskin
    **Attorneys for Plaintiff Ameranth, Inc.**