| | |
|---|---|
| 1 | **CALDARELLI HEJMANOWSKI PAGE & LEER LLP** |
| 2 | William J. Caldarelli (SBN #149573) |
|   | Ben West (SBN #251018) |
| 3 | 12340 El Camino Real, Suite 430 |
| 4 | San Diego, CA  92130 |
|   | Telephone: (858) 720-8080 |
| 5 | wjc@chpllaw.com; dbw@chpllaw.com |
| 6 | Attorneys for Plaintiff Ameranth, Inc. |
| 7 | Additional counsel for Plaintiff listed below. |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: AMERANTH PATENT LITIGATION | Lead Case No. 11-cv-1810 DMS (WVG) |
|---|---|
| | **PLAINTIFF AMERANTH'S AND DEFENDANT GRUBHUB'S JOINT MOTION TO EXTEND TIME FOR EXPERT DEPOSITIONS** |
| | Complaint Filed:  August 15, 2011 |

**Additional counsel for Plaintiff Ameranth, Inc.:**

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA 92130
Telephone: (858) 509-0808
Facsimile: (619) 878-5784
emw@ewattslaw.com

**WITKOW BASKIN**
Brandon Witkow (SBN 210443)
21031 Ventura Blvd., Suite 603
Woodland Hills, CA 91364
Tel: (818)296-9508
Fax: (818)296-9510
bw@witkowlaw.com

Plaintiff Ameranth, Inc. ("Ameranth") and defendant GrubHub Holdings Inc. (f/k/a GrubHub, Inc. and f/k/a Seamless North America, LLC) ("GrubHub") jointly move the Court for a short extension of time, by one business day, to September 17, 2018 for Ameranth and GrubHub to file dispositive motions, including those addressing Daubert issues. Ameranth and GrubHub jointly move the Court for an extension of time for expert and third-party discovery to September 17, 2018 and for a short extension on the deadline to serve expert rebuttal reports to August 25, 2018.

The current deadlines under the Court's Orders, which are the subject of this Joint Motion, are the following:

1. Rebuttal expert reports served no later than August 22, 2018.
2. Expert and third-party discovery deadline August 31, 2018.
3. Dispositive motions filing deadline September 14, 2018.

(Dkt. No. 1257.)

The parties have met and conferred and request a further extension of these deadlines. The extension requested on the dispositive motion deadline amounts to only extending the deadline by one business day. Given the deadlines to serve expert reports, the number of expert depositions to be scheduled (four different food ordering defendants each scheduling depositions for Ameranth's validity, infringement and damages experts and, with respect to GrubHub, Ameranth scheduling the depositions of four GrubHub experts), scheduling of multiple food ordering defendant depositions of Ameranth's experts in August and the availability of some of Ameranth's and GrubHub's experts for deposition, the schedule the parties were able to arrive at through meet and confer for expert depositions includes scheduling one of Ameranth's expert's depositions in September and GrubHub's experts' depositions in September, with one expert deposition on September 13, 2018.  Thus, the requested extension of the dispositive motion deadline and expert discovery will allow the parties to

1  conclude expert depositions by September 13, 2018 and obtain deposition
2  transcripts on an expedited basis for possible inclusion in motions to be filed on
3  the requested extended motion filing deadline of September 17, 2018.
4         Thus, in order to accommodate the parties' experts' availability and for
5  the other considerations described above, Ameranth and GrubHub stipulate,
6  agree, and jointly move as follows:
7         Ameranth shall provide to GrubHub, and GrubHub shall provide to
8  Ameranth, rebuttal expert reports by no later than August 25, 2018. The expert
9  and third-party discovery deadline between Ameranth and GrubHub is
10 September 17, 2018, and the dispositive motion deadline between Ameranth and
11 GrubHub is September 17, 2018.
12        The parties to this joint motion stipulate and agree to the foregoing, and
13 jointly move that the Court enter the accompanying proposed Order, and further
14 stipulate and agree that this joint motion is not made for any improper purpose.
15                        Respectfully submitted,
16 Dated: August 22, 2018    CALDARELLI HEJMANOWSKI PAGE & LEER LLP
17
18                          By: */s/ William J. Caldarelli*
19                              William J. Caldarelli
20                              Attorneys for Ameranth, Inc.
21
22 Dated: August 22, 2018    BAKER BOTTS L.L.P.
23
24                          By: */s/ Eric J. Faragi*
25                              Eric J. Faragi
26                              Attorneys for GrubHub Holdings Inc.
                                f/k/a GrubHub, Inc. and
27                              f/k/a Seamless North America, LLC
28

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2018, I electronically transmitted the foregoing document to defendants' counsel of record via the court's CM/ECF electronic filing system.

By: */s/ William J. Caldarelli*
William J. Caldarelli
wjc@chpllaw.com