1  **CALDARELLI HEJMANOWSKI PAGE & LEER LLP**
   William J. Caldarelli (SBN #149573)
2  Ben West (SBN #251018)
3  Lee E. Hejmanowski (SBN #166236)
   12340 El Camino Real, Suite 430
4  San Diego, CA  92130
5  Telephone: (858) 720-8080
   wjc@chpllaw.com; dbw@chpllaw.com
6
7  Attorneys for Plaintiff Ameranth, Inc.
   Additional counsel for Plaintiff listed below.
8

9              **UNITED STATES DISTRICT COURT**

10            **SOUTHERN DISTRICT OF CALIFORNIA**

11

12 | IN RE: AMERANTH PATENT | Lead Case No. 11-cv-1810 DMS (WVG)
   | LITIGATION |
13 | | **PLAINTIFF AMERANTH AND**
   | | **DEFENDANT MOBO SYSTEMS, INC.**
14 | | **D/K/A OLO'S JOINT MOTION TO**
   | | **EXTEND DEADLINES**
15 | |
16 | | Complaint Filed:  August 15, 2011
17 | |

18

19

20

21

22

23

24

25

26

27

28

---

**JOINT MOTION TO EXTEND DEADLINES**                    **11-cv-01810-DMS-WVG**

**<u>Additional counsel for Plaintiff Amaranth, Inc.:</u>**

**FABIANO LAW FIRM, P.C.**
Michael D. Fabiano (SBN #167058)
12526 High Bluff Drive, Suite 300
San Diego, CA  92130
Telephone: (619) 742-9631
mdfabiano@fabianolawfirm.com

**OSBORNE LAW LLC**
John W. Osborne (Appointed *Pro Hac Vice*)
33 Habitat Lane
Cortlandt Manor, NY 10567
Telephone: (914) 714-5936
josborne@osborneipl.com

**WATTS LAW OFFICES**
Ethan M. Watts (SBN #234441)
12340 El Camino Real, Suite 430
San Diego, CA  92130
Telephone: (858) 509-0808
Facsimile: (619) 878-5784
emw@ewattslaw.com

**WITKOW BASKIN**
Brandon Witkow (SBN 210443)
21031 Ventura Blvd., Suite 603
Woodland Hills, CA 91364
Tel: (818)296-9508
Fax: (818)296-9510
bw@witkowlaw.com

1    Plaintiff Ameranth, Inc. ("Ameranth") and Defendant Mobo Systems, Inc.

2    d/k/a OLO ("OLO") jointly move the Court jointly move the Court for an order

3    extending deadlines to complete expert witness depositions of three of

4    Ameranth's experts (Malek, Shamos, & Brown), and two of OLO's experts

5    (Kidder & Chatterjee), and for the filing of dispositive motions. This Joint

6    Motion relates only to *Ameranth v. OLO* and does not apply to the other

7    Defendants in the Food Ordering Company industry group.

8    This Joint Motion is necessary in light of the scheduling of Ameranth's

9    expert depositions (i.e. four different food ordering defendants each scheduling

10   depositions of Ameranth's validity, infringement, and damages experts), the

11   scheduling of OLO's expert witnesses, and the availability of the experts for

12   deposition. In particular, one of Ameranth's experts recently had a death in the

13   family which necessitated rescheduling his deposition, which in turn affected

14   other expert deposition scheduling.

15   The schedule the parties were able to arrive at through meet and confer

16   over expert depositions includes scheduling three of Ameranth's expert's

17   depositions in September (Brown on Sept. 14; Malek on September 17; and

18   Shamos on Sept. 19), and one of Olo's expert deposition in September (Kidder

19   the week of September 24).  OLO's final expert witness, Dr. Chatterjee, is not

20   available for deposition until early October, 2018, and the parties have further

21   agreed that Ameranth may conduct the deposition of Dr. Chatterjee at least 2

22   week prior to the due date for its brief in Opposition to any motion filed by OLO

23   that relies on, or references in any way, the expert report of Chatterjee

24   ("Chatterjee Deposition Agreement").  To that end, OLO has further agreed to

25   set the hearing date on any such motion for a date that accommodates the above

26   Chatterjee Deposition Agreement.  Thus, the requested extension of the

27   dispositive motion deadline and expert discovery will allow the parties to

28   conclude the depositions of Ameranth's experts and OLO's damages expert by

September 28, 2018 and obtain deposition transcripts for possible inclusion in motions to be filed on the requested extended motion filing deadline of September 28, 2018.

Ameranth and OLO have met and conferred and stipulate, agree, and jointly move to extend these deadlines only as to themselves as follows:

| Description | Current Date (Dkt. 1092) | New Date |
|---|---|---|
| Ameranth/OLO Deadline to conduct depositions of experts Brown, Malek, and Kidder | September 7, 2018 | September 28, 2018 |
| Ameranth/OLO Motion Deadline | September 14, 2018 | September 28, 2018 |

Ameranth and OLO stipulate and agree to the foregoing, and jointly move that the Court enter the accompanying proposed Order, and further stipulate and agree that this Joint Motion is not made for any improper purpose.

Respectfully submitted,

Dated: September 7, 2018      CALDARELLI HEJMANOWSKI PAGE & LEER

By: */s/ William J. Caldarelli*
        William J. Caldarelli

Attorneys for Ameranth, Inc.

Dated: September 7, 2018      COOLEY LLP

By: */s/ Lowell D. Mead*
        Lowell D. Mead

Attorneys for Mobo Systems, Inc. d/b/a OLO
        Online Ordering

---

**JOINT MOTION TO EXTEND DEADLINES**          **11-cv-01810-DMS-WVG**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Mobo Systems, Inc. d/b/a OLO Online Ordering, and that I have obtained each his authorization to affix his electronic signature to this document.

By: */s/ William J. Caldarelli*
William J. Caldarelli
wjc@chpllaw.com

**JOINT MOTION TO EXTEND DEADLINES**                    **11-cv-01810-DMS-WVG**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2018, I electronically transmitted the attached document to defendants' counsel of record via email.

By: */s/ William J. Caldarelli*
William J. Caldarelli
wjc@chpllaw.com

---

**JOINT MOTION TO EXTEND DEADLINES**                    **11-cv-01810-DMS-WVG**

4