BAKER BOTTS L.L.P.
Robert C. Scheinfeld (*Pro Hac Vice*)
Eric J. Faragi (*Pro Hac Vice*)
Michael E. Knierim (*Pro Hac Vice*)
30 Rockefeller Plaza, 44th floor
New York, New York 10112
(212) 408-2500; (212) 408-2501 (fax)
robert.scheinfeld@bakerbotts.com
eric.faragi@bakerbotts.com
michael.knierim@bakerbotts.com

Eliot D. Williams (SBN 290780)
Elizabeth K. Boggs (SBN 28055)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California  94304
(650) 739-7500; (650) 739-7611 (fax)
eliot.williams@bakerbotts.com
betsy.boggs@bakerbotts.com

Attorneys for GrubHub Holdings Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION | Case No. 3:11-cv-01810-DMS-WVG <br><br> **DEFENDANT GRUBHUB HOLDINGS' NOTICE OF MOTIONS AND MOTIONS TO EXCLUDE TESTIMONY AND EXPERT REPORTS OF DR. JEFFREY BROWN AND DR. SAM MALEK** <br><br> DATE: October 26, 2018 <br> TIME: 1:30 p.m. <br> LOCATION: Courtroom 13A <br> JUDGE: Hon. Dana Sabraw |

TO THE COURT, ALL PARTIES, AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE on October 26, 2018 at 1:30 p.m. in the United States District Court for the Southern District of California at 940 Front Street, San Diego, CA 92101-8900 before the Honorable Dana M. Sabraw, GrubHub Holdings Inc. (f/k/a GrubHub, Inc. and f/k/a Seamless North America, LLC) (collectively "Grubhub") moves to exclude the testimony and expert reports of Dr. Jeffrey Brown and of Dr. Sam Malek.

This Motion is based on the attached Memorandum of Points and Authorities, and the exhibit attached thereto, the pleadings and papers on file herein, and upon such further argument and authorities as the Court may request or permit to be presented in connection with this matter. GrubHub Holdings has submitted via e-mail a Proposed Order herewith.

                              Respectfully submitted,

DATED: September 17, 2018        BAKER BOTTS L.L.P.

                              By: /s/ *Elizabeth K. Boggs*

                              Robert C. Scheinfeld
                              Eliot D. Williams
                              Eric J. Faragi
                              Elizabeth K. Boggs

                              Attorneys for GrubHub Holdings Inc.
                              f/k/a GrubHub, Inc. and
                              f/k/a Seamless North America, LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on September 17, 2018, with a copy of this document via the Court's CM/ECF system per Local Rules.

By: /s/ *Elizabeth K. Boggs*
Elizabeth K. Boggs