# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION CASES, | CASE NO. 11cv1810 DMS (WVG)<br><br>**ORDER STAYING CASE PENDING APPEAL** |

In light of Ameranth's appeal of the Court's order and judgment of unpatentability of the '077 Patent in member case No. 12cv0733, the Court stays all other pending cases in these coordinated proceedings. Upon issuance of a final decision from the Federal Circuit, the parties shall request that the stay be lifted so these cases may proceed. The parties shall include a copy of the Federal Circuit's final decision with that request. The Clerk of Court shall administratively close these cases.

**IT IS SO ORDERED**.

DATED: October 30, 2018

_____
HON. DANA M. SABRAW
United States District Judge