# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AMERANTH PATENT LITIGATION CASES, | CASE NO. 11cv1810 DMS (WVG)<br>**ORDER CONTINUING STAY** |

The Court is in receipt of the parties' recent filings after the Supreme Court's denial of Ameranth's petition for writ of certiorari. After reviewing those filings, the Court continues the stay in the twenty-six cases involving the same patent claims that were at issue in the Domino's case.[1] That stay shall remain in place pending the Court's ruling on Domino's motion for exceptional case. The Court refers the remaining five cases to Presiding Magistrate Judge William V. Gallo to explore the possibility of settlement. In the event those cases do not settle, the Court will set briefing schedules and hearing dates on those Defendants' anticipated motions for summary judgment.

**IT IS SO ORDERED**.

DATED: October 23, 2020

DANA M. SABRAW
United States District Judge

---

[1] These cases are listed in Defendants' March 4, 2020 Status Report. *See* ECF No. 1483 at 1-2.