UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: AMERANTH PATENT LITIGATION CASES, | Case No.: 11cv1810 DMS (WVG)<br><br>**ORDER FOLLOWING STATUS CONFERENCE** |
|---|---|

A telephonic status conference was held on December 2, 2021. After hearing from counsel for the parties, IT IS HEREBY ORDERED:

1. The stay imposed in the Court's October 23, 2020 Order (ECF No. 1491) is lifted.

2. Consistent with *In re Katz Interactive Call Processing Patent Litig.*, 639 F.3d 1303, 1311-13 (Fed. Cir. 2011), and *Nuance Communications, Inc. v. ABBYY USA Software House, Inc.*, 813 F.3d 1368 (Fed. Cir. 2016), Ameranth is ordered to show cause why it should be allowed to reassert any claims that were not selected in response to the Court's February 14, 2017 Order. (*See* ECF No. 623) (directing Ameranth to select up to five claims for assertion against each Defendant). Ameranth shall file its response to this order on or before **December 9, 2021**. Defendants shall file an omnibus brief in response to

///

///

///

1  Ameranth's brief on or before **December 16, 2021**.  The parties' briefs on this issue shall
2  be no more than fifteen (15) pages, respectively.
3       **IT IS SO ORDERED**.
4  Dated:  December 2, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court